**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Case No. 14-cv-6553 |
| | ) | |
| v. | ) | Honorable Judge Ruben Castillo |
| | ) | |
| COSTCO WHOLESALE CORP., | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendant. | | |

**APPENDIX OF EXHIBITS**

# Exhibit 15
# D'Agostino September 2011 investigation notes
# (D'Agostino Dep. Ex. 4)

Name: Chaz
Dawn on phone
w/ Crystal

Fax

Nov-Dec '09  →  May 27, 2010

- 15 months
- stalking me - hiding me behind clothes
- dark sunglasses -
- you look scared -

- Dad told her to go to them - told him - go to Don.
  police called him - I did not go to her
  to bother

- police told him not to talk to her.
- How old are you? guessing 17-27-
- Notice a cut that didn't heal / veins in arms.
- Thursday → 9/1/11   Hiding by go back cart
                       Had his phone above his
- He wanted me to take      head.
  his business card
  thinks he wants to date her -   "Hey Dawn, Come here!"
- usually alone -
  I will leave you and the mysteries
  Dawn alone        9/20/11 did say mysteries
                              am. Don

What are you afraid of?
- He was videotaping me.
- He seems to g always be hiding
- I didn't want to bother anyone
- I don't think I am safe.

We will put you on the FE where assts s/b.
anyway. you will always be with other emps.

I don't trust that he o is not videotaping
me.

PENGAD 800-631-6989
EXHIBIT
D'Agostino
#4
LP 6-11-15
COSTCO-SUPPO-01314

9/8/11

(margin, vertical) can transfer to 283

Dawn "was fine for 13 months."
called in sick yesterday.
Does not feel safe.
Can we question him?
His motions elevated last Thursday.

- you and Dan have been great.

(circled) Dawn Supp O (847) [REDACTED]

Thursday today — It happened
- Friday + Sat — last Thursday.
21 sick hours left
5/15 — 1030

Anniversary 5/27/11 —

— At this point we ask that you not interact, talk, see her.

(circled) Thad Thompson — looked up his address in Deerfield 1966
Call → (circled) got a restraining order today
to feel safer.

Sarah — contact her w/ options for safety
Buddy system — she can step off register

kind of best

We can talk to him — disconnect with him
Welcome to put in a transfer and the employee —
if you would like.
She needs to report to work or No malicious intentions
arrange out paperwork to support but for her comfort to not
interact or speak with her.

COSTCO-SUPPO-01315

If give her a day to think about it and maybe come up w/ other ideas.

- 5 consec days -

I probably will not speak w/ him before you come back

If you feel unsafe outside of work then you can treat it as a civil matter.

Igor - point person / Nicole

If continues to call off Sarah can draft letter to memorialize it in writing.

I'll count as 1 = 8 occasions

EAP - call as recommended

Court date - Skokie Restraining order
9/29   1:30pm

He can shop @ Costco →

COSTCO-SUPPO-01316