

## Holiday Inn
### & Suites

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Dawn Suppo** | Folio No. | : | | | Room No. | : | **401** |
| **Eeoc 500 W Madison Ste 2000** | A/R Number | : | | | Arrival | : | **06-24-15** |
| **Chicago Il** | Group Code | : | | Cashier No. : **145** | Departure | : | **06-26-15** |
| **Chicago IL 60661** | Company | : | **Business** | | Conf. No. | : | **60053855** |
| **United States** | Membership No. | : | | | Rate Code | : | **IMGOV** |
| | Invoice No. | : | | | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-24-15 | Government Rate | 192.00 | |
| 06-24-15 | State Occupancy Tax | 22.85 | |
| 06-24-15 | City Occupancy Tax | 8.64 | |
| 06-25-15 | Visa | | 446.98 |
| 06-25-15 | Government Rate | 192.00 | |
| 06-25-15 | State Occupancy Tax | 22.85 | |
| 06-25-15 | City Occupancy Tax | 8.64 | |
| | **Total** | **446.98** | **446.98** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

BARKSDALE - **Payment Receipt [For Conf# 17161 ]**

| | |
|---|---|
| **From:** | "A-TOP LIMOUSINE SERVICE INC." <atoplimo@comcast.net> |
| **To:** | <joyce.barksdale@eeoc.gov> |
| **Date:** | 6/29/2015 10:04 PM |
| **Subject:** | Payment Receipt [For Conf#  17161 ] |

## A-TOP LIMOUSINE SERVICE INC.

3413 w. 38th place Suite #2 Chicago, IL 60632
United States of America                                            Payment Receipt
Tel: (312) 835-9720
Email: atoplimo@comcast.net

For Confirmation #17161                              Timestamp:06/29/2015 10:04 PM

Thank You for traveling with A-TOP LIMOUSINE SERVICE INC.! Below please find your payment Receipt. If any of the information appears to be incorrect, please contact our office (312)835-9720 immediately to correct it.

| | |
|---|---|
| **Method:** | Visa ** 2233 |
| **Type:** | AUTH_CAPTURE |
| **Transaction Amount:** | $69.00 |
| **Reference/Trans. ID:** | |
| **Passenger:** | DAWN cell# ███████ SUPPO |
| **Trip Confirmation#** | 17161 |
| **Trip Date & Time:** | 06/24/2015 @ 09:15 AM |
| **Routing Information:** | **Pick-up Location:** ORD, American Airlines - AA 1039, From/To: FLL<br>**Notes:** PLEASE CALL (312)835-9720 OR (866)454-2867 WHEN YOU HAVE ALL YOUR LUGGAGE.<br>**Drop-off Location:** 500 W. MADISON ST. 2800 CHICAGO, IL 60661 |

| | |
|---|---|
| **Reservation Total:** | $69.00 |
| **Payments/Deposits:** | $69.00 |
| **Authorizations:** | $0.00 |
| **Total Due:** | $0.00 |

La Quinta Inn & Suites Chicago Downtown
One South Franklin Street
Chicago, IL 60606
312-558-1020

**SUPPO, DAWN**
**EOC 500 MADISON**
**SUITE2000**
**CHICAGO, IL 60601**
**Company: GOVERNMENT RATE**

Folio#: **2013347848**
Room: **502**
Arrival: 03/13/16
Departure: 03/14/16
Returns Club No :
Voucher/Ship/PO:

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 042906 | 3/13/2016 | Rm: 502 GSA - GOVERNMENT | $159.00 | $0.00 | $159.00 |
| 042907 | 3/13/2016 | TAX - OCCUPANCY - CITY | $16.25 | $0.00 | $175.25 |
| 042908 | 3/13/2016 | TAX - OCCUPANCY - STATE | $9.81 | $0.00 | $185.06 |
| 043188 | 3/14/2016 | CC PMT - VISA .... 2233 | $0.00 | $185.06 | $0.00 |
| | | | | Balance: | $0.00 |

Signature:

THANK YOU
WE APPRECIATE YOUR BUSINESS



**HYATT CHICAGO**
MAGNIFICENT MILE

Hyatt Chicago Magnificent Mile
633 North Saint Clair Street
Chicago, IL 60611
Tel: 312-787-1234
Fax: 312-274-0164
www.hyattchicagomagmile.com

INFORMATION INVOICE

Guest    Suppo, Dawn

Payee    Joyce Barsdale
         United States

| | |
|---|---|
| Room No. | 1723 |
| Arrival | 08-14-16 |
| Departure | 08-16-16 |
| Page No. | 1 of 1 |
| Folio Window | 2 |
| Folio No. | 369498 |

Confirmation No.    2414840401

Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-14-16 | Accommodation | | |
| 08-14-16 | Occupancy Tax - State - 11.9% | 200.00 | |
| 08-14-16 | Occupancy Tax - City - 4.5% | 23.80 | |
| 08-14-16 | Occupancy Tax - County 1% | 9.00 | |
| 08-15-16 | Accommodation | 2.00 | |
| 08-15-16 | Occupancy Tax - State - 11.9% | 200.00 | |
| 08-15-16 | Occupancy Tax - City - 4.5% | 23.80 | |
| 08-15-16 | Occupancy Tax - County 1% | 9.00 | |
| 08-16-16 | Visa          448670XXXXXX2233 06/19 | 2.00 | 469.60 |

| | | |
|---|---|---|
| **Total** | 469.60 | 469.60 |
| **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

Thank you for choosing the Hyatt Chicago Magnificent Mile.

We look forward to hearing your feedback.
Please e-mail your comments to: chimm-fom@hyatt.com

Please remit payment to:
Hyatt Chicago Magnificent Mile
633 North Saint Clair Street
Chicago, IL 60611

**Hyatt Gold Passport Summary**

| | |
|---|---|
| Membership: | 531866740Z |
| Bonus Codes: | |
| Qualifying Nights: | 2 |
| Eligible Spend: | 404.00 |
| Redemption Eligible: | 4.58 |

Summary Invoice, please see front desk
for eligibility details.

| TRAVEL VOUCHER (Read the Privacy Act Statement on the back) | 1. DEPARTMENT OR ESTABLISHMENT, BUREAU, DIVISION, OR OFFICE  EEOC-Chicago District Office | 2. TYPE OF TRAVEL ☐ TEMPORARY DUTY ☐ PERMANENT CHANGE OF STATION | 3. VOUCHER NO. |
|---|---|---|---|

**5. TRAVELER (PAYEE)**

| a. NAME (Last, first, middle initial) Suppo, Dawn | b. SOCIAL SECURITY NUMBER | 6. PERIOD OF TRAVEL | |
|---|---|---|---|
| | | a. FROM 03/13/2016 | b. TO 03/14/2016 |
| c. MAILING ADDRESS (Include ZIP Code) | d. OFFICE TELEPHONE NO. | 7. TRAVEL AUTHORIZATION | |
| | | | b. DATE(S) 3/14/16 |
| e. PRESENT DUTY STATION | f. RESIDENCE (city and State) See (c) | 10. CHECK NO. | |

| 8. TRAVEL ADVANCE | 9. CASH PAYMENT RECEIPT | 11. PAID BY |
|---|---|---|
| a. Outstanding | a. DATE RECEIVED | b. AMOUNT RECEIVED $ | |
| b. Amount to be applied | | |
| c. Amount due Government (Attached: ☐ Check ☐ Cash) | c. PAYEE'S SIGNATURE | |
| d. Balance outstanding | | |

**12 GOVERNMENT TRANSPORTATION REQUEST, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH** (List by number below and attached passenger coupon; if cash is used show claim on reverse side)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7).  ► Traveler's Initials

| AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE, CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | TO (f) |
|---|---|---|---|---|---|
| $282.20 $ 33.07  315.28 | AA | Aur | 03/01/2016 | Ft. Lauderdale, FL TA Processing fee | Chicago, IL |

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ► X          DATE          **AMOUNT CLAIMED** ► $ 161.00

NOTE; Falsification of an item in an expense account works a forfeiture of claim (27 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify. (31 U.S.C. 680a).

**17. FOR FINANCE OFFICE USE ONLY COMPUTATION**

| | |
|---|---|
| APPROVING OFFICIAL SIGN HERE ► | DATE |

| a. DIFFERENCES IF ANY (Explain and show amount) | $ |
|---|---|

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION

| a. VOUCHER NO. | b. D.O. SYMBOL | c. MONTH & YEAR | b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION |
|---|---|---|---|
| | | | Certifier's Initials: $ |

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

| AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ► | DATE |
|---|---|

c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol) $

d. **NET TO TRAVELER** ► $ 161.00

18. ACCOUNT CLASIFICATION

9304

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

## INSTRUCTIONS TO TRAVELER (Unlisted items are self-explanation)

Col. (c) If the voucher includes per diem allowances for members of employee's immediate family, show member's names, ages and relationship to employee and marital status of children (unless information is shown on the travel authorization).

Col. (d) } Show amount incurred for each meal, including tax and tips, and daily meal cost.
(g) } 
(h) Show expenses, such as: laundry, cleaning and pressing clothes, tips to bellboys, porters, etc. (other than for meals)
(i) Complete for per diem and actual expense travel
(l) } Show total subsistence expense incurred for actual expense travel
(m) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.
(n) Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone calls for Government business, car rental, relocation other than subsistence, etc.

Complete this information if this is a continuation sheet

TRAVEL AUTHORIZATION NO. EECGCCHI16101365

TRAVELER'S LAST NAME
SUPPO

| DATE 2016 | TIME (Hour and am/pm) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) | ITEMIZED SUBSISTENCE EXPENSES | | | | | | | | MILEAGE RATE | | AMOUNT CLAIMED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MEALS | | | | MISCEL-LANEOUS SUBSIS-TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | NO. OF MILES (k) | MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
| | | | BREAK-FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | | | | | | | | |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) |
| 03/13 | 8:30 am | AA Flight from Ft.Lauderdale, Fl to O'Hare Airport Chicago | | | | | | | | | | | |
| 03/13 | 10:55 am | Arrive O'Hare Airport | | | | 55.50 | | | 55.50 | | | 55.50 | |
| 03/14 | 2:30 pm | TAXI from Chicago to O'Hare | | | | | | | | | | | 50.00 |
| 03/14 | 6:46 pm | AA Flight from O'Hare | | | | 55.50 | | | 55.50 | | | 55.50 | |
| | | | | | | | | | | | | | |
| | | EEOC v. Costco, 14 cv 06533, Job No. 14CHI010 | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | SUBTOTALS ▶ | | | | | | | | | | 111.00 | 50.00 |
| | | | TOTALS ▶ | | | | | | | | | | 111.00 | 50.00 |

Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.

TOTAL AMOUNT CLAIMED ▶ 161.00

If additional space is required, continue on another SF 1012-A BACK, leaving the front blank.

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101-7), E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies when relevant to civil, criminal or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the per- formance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 U.S.C. 6011 (b) and 6109) and E.O. 9397, November 22, 1943, for use as a taxpayer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

STANDARD FORM 1012 BACK (10-77)



## Trip on Mar 13, 2016     Locator: NVVVHE    Date: Mar 07, 2016

| | |
|---|---|
| Traveler | **DAWN SUPPO** |
| | EEOC |
| | THIS IS AN ITINERARY ONLY |
| | AND NOT A VALID TICKET |
| Customer Number | 361MX3M |
| Agent | AM |

..................................
TA RCVD FR JULIANNE BOWMAN-BY MI MARTINEZ
..................................

### Sunday, March 13, 2016     Confirmation **NVVVHE**

 **Flight AMERICAN AIRLINES 1150**

| DEPARTURE | ARRIVAL |
|---|---|
| FT LAUDERDALE, FL | CHICAGO/OHARE |
| 8:30 AM, Mar 13, 2016 | 10:55 AM, Mar 13, 2016 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 03:25 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | DEP-TERMINAL 3 |
| | ARR-TERMINAL 3 |
| | ONEWORLD |

### Monday, March 14, 2016     Confirmation **NVVVHE**

 **Flight AMERICAN AIRLINES 1483**

| DEPARTURE | ARRIVAL |
|---|---|
| CHICAGO/OHARE | FT LAUDERDALE, FL |
| 6:46 PM, Mar 14, 2016 | 10:51 PM, Mar 14, 2016 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 03:05 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | DEP-TERMINAL 3 |
| | ARR-TERMINAL 3 |
| | ONEWORLD |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| | | USD 236.28 | 17.72US | 8.00ZP | 20.20XT | 282.20 |
| | | | | | Total Amount | 282.20 |

Form of Payment: VIXXXXXXXXXXXX3675

**GENERAL INFORMATION**
THANK YOU FOR BOOKING WITH CWTSATOTRAVEL
PLEASE NOTE OUR PHONE NUMBERS FOR YOUR ACCOUNT
CWTSATOTRAVEL PHONE RESERVATION 877-532-8740
HOURS OF BUSINESS ARE MON-FRI 7AM-10PM EASTERN
FOR AN AFTER HOURS EMERGENCY, PLEASE CONTACT



# Sun Taxi Association

4626 W. Cornelia Ave., Chicago, IL 60641

**Dispatch and
Lost & Found
(773)736-3399**

**Main Office
Tel.(773)736-3883
Fax (773)736-6294**

*info@suntaxichicago.com*

## Cab Receipt

Date 03/14/2016    Time: _____ ☐ a.m ☐ p.m.

From: DOWNtown    To: O'hare

Driver Name & C.L # _____

Fare $ 50    x _____
*Passenger Signature*

*Verify CAB number before signing receipt.

Standard Form 1157 (Rev. 4-80)
Department of the Treasury
I TFRM 4-2000
1157-107

Previous editions obsolete
NSN 7540-00-634-4347

**CLAIMS FOR WITNESS ATTENDANCE FEES, TRAVEL, AND MISCELLANEOUS EXPENSES**

PART I - ATTENDANCE CERTIFICATION

**1. General Information**
a. Witness Name — Dawn Suppo
b. Witness Address
   Street
   City
c. US Citizen: Yes ( ) No ( )  Alien: Legal ( ) Illegal ( )

d. Case Name — EEOC v. Costco
e. Case Number — 14 cv 0655
f. District or Location — Chicago

TA #EECGCCHI16105467  378 /

**2. Travel and Attendance Information**
a. Dates of Travel from Residence to Case Location:  From 8/14/16  To 8/14/16
b. Dates of Travel from Case Location to Residence:  From 8/16/16  To 8/16/16
c. Dates of Attendance:  From 8/15/16  To 8/15/16

**Certification**

3. I certify that the witness named above attended in the case or matter indicated and is entitled to the statutory allowances for attendance and travel. In the proceedings before me United States Magistrate, where more than four witnesses were called, the Magistrate also certifies that the approval and certificate of the U.S. Attorney were first obtained.

_(Signature)_    _(Title)_    _(Date)_ 8/18/2016

PART II - WITNESS CLAIM FOR FEES AND ALLOWANCES

| | Rate | No. of Days | Amount Claimed | Totals |
|---|---|---|---|---|
| **1. Attendance Fees** | | | | |
| a. Fact, Pretrial Conference & Detained Witness | | | $ | |
| Total Attendance Fees | | | | $ — 0 — |
| **2. Mileage Allowance** (indicate type of privately owned vehicle: (auto) (motorcycle) (airplane) | Rate | No. of Miles | Amount Claimed | |
| a. From Residence to Case Location (and Return) | | | $ | |
| b. From Hotel/Motel to Court (or Court to Hotel/Motel) | | | | |
| Total Mileage Allowance | | | | $ — 0 — |
| **3. Subsistence** Per Diem Rate: 74. or HRGA Rate: | Rate | No. of Days 3 | Amount Claimed $185.00 | |
| a. Meals | | | | |
| b. Lodging | | | | |
| Total Subsistence Allowance | | | | $185.00 |
| **4. Miscellaneous Allowances** (See Item 8 Below) | | | Amount Claimed | |
| a. Common Carrier | | | $ | |
| b. Parking Fees, Tolls, Taxi Fares | | | 105.50 | |
| Total Miscellaneous Allowances | | | | $290.50 |
| 5. Total Amount Claimed (Items 1-4, Part II) | | | | $ |
| 6. Less Outstanding Check or Cash Advances | | | | |
| 7. Net Amount Claimed by Witness | | | | $290.50 |

8. Use this space to itemize your expenses from Item 4, Part II above. Receipts are required for all common carrier and parking fees, and for all single items in excess of $15.00.

Paid by Check No.

Paid by Cash  $

_(Signature of Payee)_

_(Date)_

**Witness Certification**

9. I certify that the above data is correct and that payment has not been received, and that at the time of travel and attendance I (was) (was not) a U.S. Government employee and I (was) (was not) a citizen of the United States. (If not a citizen, present your Alien Registration Record with this form.) I (did) (did not) receive a Government transportation Request to pay for my official travel.

_(Signature)_    _(Date)_ 8/18/16

PART III - RESERVED FOR FINANCE OFFICE

1. Computation
  a. Net Amount Claimed by Witness (From Item 7, Part II)   $
  b. Adjustments Due to Any Differences (Explain Differences)

  c. Amount Authorized for Payment   $

  d. By _____ Title _____ Date _____
2. Accounting Classification Data



| **Trip on Aug 14, 2016** | Locator: **SMCKRN** | Date: **Aug 10, 2016** |
|---|---|---|

| Traveler | **DAWN SUPPO** |
|---|---|
| | EEOC |
| | THIS IS YOUR OFFICIAL RECEIPT FOR TRAVEL PLEASE RETAIN FOR VOUCHERING OR REIMBURSEMENT PURPOSES. |
| Customer Number | 361MX3M |
| Agent | 17 |

```
********************************
TA RCVD FR JOYCE BARKSDALE-BY MI MARTINEZ
********************************
FEES TOTALING 33.07PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD33.07PP-AIR DOMESTIC, TRADITIONAL
```

---

### Sunday, August 14, 2016                    Confirmation **SMCKRN**



**Flight AMERICAN AIRLINES 1065**

| DEPARTURE | ARRIVAL |
|---|---|
| **FT LAUDERDALE, FL** | **CHICAGO/OHARE** |
| **7:00 AM, Aug 14, 2016** | **9:14 AM, Aug 14, 2016** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - Y |
| Duration | 03:14 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 17D (Aisle) |
| Notes | DEP-TERMINAL 3 |
| | ARR-TERMINAL 3 |
| | ONEWORLD |

---

### Tuesday, August 16, 2016                    Confirmation **SMCKRN**



**Flight AMERICAN AIRLINES 2409**

| DEPARTURE | ARRIVAL |
|---|---|
| **CHICAGO/OHARE** | **FT LAUDERDALE, FL** |
| **6:45 PM, Aug 16, 2016** | **10:50 PM, Aug 16, 2016** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - G |
| Duration | 03:05 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | DEP-TERMINAL 3 |
| | ARR-TERMINAL 3 |
| | ONEWORLD |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| SUPPO D | 183643/000SFCTRF/10AUG16 | 33.07 | | | | 33.07 |
| SUPPO DAWN | 183643/0017853108221/10AUG16 | 383.26 | 56.94 | | | 440.20 |
| | | | | | **Total Amount** | **473.27** |

Form of Payment: VIXXXXXXXXXXXX3675

Thank you for riding with us!

$ **$ 52.⁵⁰** _____ Time _____ Date

Received from

**From O R D.** _____ Cab fare from:

**TO. HYATT** To:
_____ Driver:
**Hotel.** _____ Cab#:

**8 - 14 - 16.** _____ Account #:

**Cab # 6 8** ~~~~~

YELLOW CAB

312-829-4222
yellowcabchicago.com

CHECKER
TAXI
AFFL, INC.
243-2537

312-243-2537
checkertaxichicago.com

Blue Diamond
Taxi Association Inc.

312-226-8880
bluediamondtaxi.com


AMERICAN UNITED TAXI
773-248-7600

773-248-7600
americanunitedtaxiaffiliation.com

# CAB RECEIPT

FL✦SH  taxiwithus🚗com  [303 TAXI]

DATE _08-16-2016_ TIME _5-19 P-M_

FROM _Chiago down Town_

TO _O' HAER AIR PORT_

CAB# _6771_  DRIVER _(signature)_

CAB FARE _$ 53.00_

MEMO _____

Standard Form 1157 (Rev. 4-80)
Department of the Treasury
I TFRM 4-2000
1157-107

CLAIMS FOR WITNESS ATTENDANCE FEES, TRAVEL, AND
MISCELLANEOUS EXPENSES

Previous editions obsolete
NSN 7540-00-634-4347

## PART I - ATTENDANCE CERTIFICATION

1. General Information
   a. Witness Name *Dawn M. Sippo*
   b. Witness Address
      Street
      City
   c. US Citizen: Yes ( ) No ( )   Alien: Legal ( ) Illegal ( )

   d. Case Name *EEOC v. Costco*
   e. Case Number *14 CV 06553*
   f. District or Location *Chicago*

   *EEL FPCHI 17100479*

2. Travel and Attendance Information
   a. Dates of Travel from Residence to Case Location:   From *12/9/16*   To *12/9/16*
   b. Dates of Travel from Case Location to Residence:   From *12/22/16*   To *12/22/16*
   c. Dates of Attendance:   From *12/9/16*   To *12/22/16*

### Certification

3. I certify that the witness named above attended in the case or matter indicated and is entitled to the statutory allowances for attendance and travel. In the proceedings before the United States Magistrate where more than four witnesses were called, the Magistrate also certifies that the approval and certificate of the U.S. Attorney were first obtained.

_____ (Signature)   *Ass Resol Atty* (Title)   *12-29-16* (Date)

## PART II - WITNESS CLAIM FOR FEES AND ALLOWANCES

| | Rate | No. of Days | Amount Claimed | Totals |
|---|---|---|---|---|
| 1. Attendance Fees | | | | |
| a. Fact, Pretrial Conference & Detained Witness | ___ | ___ | $ ___ | |
| Total Attendance Fees | | | | $ —0— |

| | Rate | No. of Miles | Amount Claimed | |
|---|---|---|---|---|
| 2. Mileage Allowance (Indicate type of privately owned vehicle: (auto) (motorcycle) (airplane) | | | | |
| a. From Residence to Case Location (and Return) | ___ | ___ | $ ___ | |
| b. From Hotel/Motel to Court (or Court to Hotel/Motel) | ___ | ___ | | |
| Total Mileage Allowance | | | | $ —0— |

| | Rate | No. of Days | Amount Claimed | |
|---|---|---|---|---|
| 3. Subsistence   Per Diem Rate: _____ or HRGA Rate: _____ | *71* | *14* | | |
| a. Meals | | | $ ___ | |
| b. Lodging | | | $ *999.00* | |
| Total Subsistence Allowance | | | | $ *999.00* |

| | | Amount Claimed | |
|---|---|---|---|
| 4. Miscellaneous Allowances (See Item 8 Below) | *$5.50 on 12/9/16 & 12/22/16* | | |
| a. Common Carrier | *74.00  12/10/16 thru 12/21/16* | $ —0— | |
| b. Parking Fees, Tolls, Taxi Fares | | *256.75* | |
| Total Miscellaneous Allowances | | | $ *256.75* |
| 5. Total Amount Claimed (Items 1-4, Part II) | | | |
| 6. Less Outstanding Check or Cash Advances | | | |
| 7. Net Amount Claimed by Witness | | | *1255.75* |

8. Use this space to itemize your expenses from Item 4, Part II above. *Receipts are required for all common carrier and parking fees, and for all single items in excess of $15.00.*

Paid by Check No. _____

Paid by Cash   $ _____

_____ (Signature of Payee)

_____ (Date)

### Witness Certification

9. I certify that the above data is correct and that payment has not been received, and that at the time of travel and attendance I (was) (was not) a U.S. Government employee and I (was) (was not) a citizen of the United States. (If not a citizen, present your Alien Registration Record with this form.) I (did) (did not) receive a Government transportation Request to pay for my official travel.

_____ (Signature)   *12/22/16* (Date)

## PART III - RESERVED FOR FINANCE OFFICE

1. Computation
   a. Net Amount Claimed by Witness (From Item 7, Part II)   $ _____
   b. Adjustments Due to Any Differences (Explain Differences)

   c. Amount Authorized for Payment   $ _____
   d. By _____   Title _____   Date _____
2. Accounting Classification Data _____

**Trip on Dec 22, 2016**          Locator: **XXFNYO**          Date: **Dec 21, 2016**

| Traveler | **DAWN M SUPPO** |
| --- | --- |
| | EEOC |
| | EM |
| Customer Number | 361MX3M |
| Agent | 5J |

FEES TOTALING 33.07PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD33.07PP-AIR DOMESTIC, TRADITIONAL

---

## Thursday, December 22, 2016                    Confirmation **XXFNYO**

 **Flight AMERICAN AIRLINES 1055**

| DEPARTURE | ARRIVAL |
| --- | --- |
| **CHICAGO/OHARE** | **FT LAUDERDALE, FL** |
| **3:30 PM, Dec 22, 2016** | **7:32 PM, Dec 22, 2016** |

| | |
| --- | --- |
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 03:02 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 17C (Aisle) |
| Notes | DEP-TERMINAL 3 |
| | ARR-TERMINAL 3 |
| | ONEWORLD |

---

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
| --- | --- | --- | --- | --- | --- | --- |
| SUPPO D | 241316/000SFCTRF/06DEC16 | 33.07 | | | | 33.07 |
| SUPPO DAWN M | 241316/0017928447237/06DEC16 | 370.24 | 55.96 | | | 426.20 |
| | | | | | **Total Amount** | **459.27** |

Form of Payment: VIXXXXXXXXXXXX3675

---

**GENERAL INFORMATION**
  THANK YOU FOR BOOKING WITH CWTSATOTRAVEL
  PLEASE NOTE OUR PHONE NUMBERS FOR YOUR ACCOUNT
  CWTSATOTRAVEL PHONE RESERVATION 866-654-5522
  HOURS OF BUSINESS ARE MON-FRI 7AM-10PM EASTERN
  FOR AN AFTER HOURS EMERGENCY, PLEASE CONTACT
  CWTSATOTRAVEL AT 866-654-5522
  ****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
  ******* CALL COLLECT TO 210-877-3219 ********
  RESERVED SEATS SUBJECT TO CANCEL 30 MIN PRIOR TO FLIGHT
  --------------------------------------------------
  FOR INFORMATION ON TSA SECURE FLIGHT PROGRAM VISIT
  WWW.TSA.GOV
  --------------------------------------------------
  FOR AIRPORT SECURITY INFORMATION SEE WWW.TSA.GOV

  .
  UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
  CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
  FARES ARE NOT GUARANTEED UNTIL TICKETED

  --------------------------------------------------
  .
  PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
  FOR BAGGAGE FEE INFORMATION. CHECK OPERATING CARRIER

GLOBE TAXI

CREDIT RECEIPT
DRIVER: 00093540
CAB #:     0496
DATE : 12/09/16
TIME:12:28-12:51
RATE #:        1
STANDARD RATE
MILES R1:  16.60
TRIP# :     1022
FARE :   $40.75
EXTRAS:    $4.00
TECH.FEE:  $0.50
TIPS :    $7.00
TOTAL :   $52.25
VISA    ***6740
AUTHOR.:  06056B
MID  :******084
ENTRY METHOD:
CONTACT CHIP
AID:
A0000000031010
APPL. NAME:
CHASE VISA
ATC  :     0090
AC:
C66F021B18BBBOD8
REC/INV#:    1022
TID:   ******352

DESCRIPTION:

SIGNATURE:

SUPPO/DAWN
CARDHOLDER ACKN-
OWLEDGES RECEIPT

*O'Hare Airport to EEOC office*

*From Court House*

Flash Cab
Cab #6588
773-561-4444
Chicago, IL
12/12/16 17:36

DIST.... 1.10
FARE...$ 9.00
TECH...$ 0.50
TIP....$ 4.00
EXTRAS.$ 0.00

TOTAL..$ 13.50

Visa xxxx6740
MID 445100500997
Auth
ch_19Q3LEGO3LaAM
HFplcdur1dA

No Signature
Required
Call 311 for
compliments and
complaints

*to Court House*

--ORIGINAL--
DISPATCH TAXI
CAB # 0292
CUSTOMER COPY
12/12/16 TR 5094
START  END MILES
08:36 08:53  1.2
FARE:  $    9.50
EXTRA: $    0.00
TOLL:  $    0.00
SRCH:  $    0.00
TIP:   $    4.00
FEE:   $    0.50
TOTAL: $   14.00

CARD:      6740
AUTH:    02904B

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS

*to Court House*

```
----SUN TAXI----
-CREDIT RECEIPT-
PASSENGER COPY
HACK#: 00086539
CAB#:        4207
DATE: 12/13/2016
ST.TIME:   08:46
END TIME:  08:57
TRIP#:     17130
DIST :   1.20 MI
FARE :   $  7.75
EXTRA :  $  0.00
TECH FEE:$  0.50
TIP  :   $  2.00
GR.TOT:  $ 10.25
VISA    ****6740
AUTH#:    05229B
    CALL 311
FOR  COMPLIMENTS
OR  COMPLAINTS
```

*to Courthouse*

SUN TAXI

PASSENGER COPY
CARD RECEIPT
MID:
  00720000200108
TID: P288924029
DR. ID: 00088826
CAB#:        1368
DATE: 12/14/2016
ST. TIME:  09:09
END TIME:  09:21
PASS#:          1
TRIP#:       2494
DIST.:  1.20 MI
RATE 1
FARE:    $  8.00
EXTRA:   $  0.00
TIP:     $  3.00
SUBTOTAL:
         $ 11.00
TECH.FEE:$  0.50
TOTAL:  $ 11.50
CARD#:  ****8904
AUTH#:    012310
ENTRY METHOD:
CONTACT CHIP
AID:
A0000000031010
APPL. NAME:
VISA DEBIT
ATC:        000B
AC:
7B49437F1D628DA5

*from court*

```
CHICAGO CARRIAGE CAB
     312-326-2221
****CREDIT CARD SALE****
*******DUPLICATE********
ENTRY METHOD:
CONTACT CHIP
AID:       A0000000031010
Application ID:
CHASE VISA
ATC:              0092
AC:     5E5F51B2E61CBE18

TERMINAL    00L260390365
DRIVER           101828
CAB                 577
PASSENGERS            1
DATE     12/15/2016 16:25
START           16:09:28
END             16:22:13
TRIP               1199
STANDARD RATE 1
DISTANCE        1.17 mi
FARE R1           $8.25
EXTRA             $1.00
TOLL              $0.00
SUB TOTAL         $9.25
TIP               $4.00
TECHNOLOGY FEE:   $0.50
TOTAL            $13.75
SALE    ***********6740
AUTH            06304B
**************************
        CALL 311
    FOR COMPLIMENTS
     OR COMPLAINTS.
```

*from court*

```
        12/14/16 22:46
          Flash Cab
          Cab #2426
        773-561-4444
         Chicago, IL
        12/15/16 14:06


DIST....   1.10
FARE...$    6.25
TECH...$    0.50
TIP....$    3.00
EXTRAS.$    0.00


TOTAL..$   9.75

Visa xxxx6740
MID 445100500997
Auth
ch_19R5UXGQ3LaAM
HFPHlvo9yJN


No Signature
Required
Call 311 for
compliments and
complaints
```

*from Court*

```
--ORIGINAL--
  CHOICE TAXI
CAB # 1582
  CUSTOMER COPY
12/16/16 TR 2916
START  END MILES
15:37 15:48  1.1
FARE:  $    7.50
EXTRA: $    0.00
TOLL:  $    0.00
SRCH:  $    0.00
TIP:   $    2.00
FEE:   $    0.50
TOTAL: $   10.00

CARD:       6740
AUTH:     05682B

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS
```

*To Court*

```
      ...
P SS N ER COPY
  C RD  RECEIPT
MID:
  00720000302094
TID: P261049549
DR. D: 10064559
CA #:         147
DATE. 12/16/2016
ST. TIME: 08:37
END TIME: 08:50
PASS#:          1
TRIP#:        640
DIST.:  1.20 MI
RATE 1
FARE:   $  8.50
EXTRA:  $  0.00
TIP:    $  3.00
SUBTOTAL:
        $ 11.50
TECH.FEE.$ 0.50
TOTAL:  $ 12.00
CARD#: ****6740
AUTH#:    03218B
ENTRY METHOD:
CONTACT CHIP
AID.
A0000000031010
APPL. NAME:
CHASE VISA
ATC:        0093
AC:
78907C0F86492724
```

*from Court*

CHICAGO CARRIAGE CAB
312-326-2221
****CREDIT CARD SALE****
*****PASSENGER COI 1****
ENTRY METHOD:
CONTACT CHIP
AID:        A000000031010
Application ID:
CHASE VISA
ATC:              0096
AC:       0E7FD62E343D8A1D

TERMINAL    00L260859371
DRIVER             84183
CAB                  526
PASSENGERS             1
DATE     12/19/2016 15:65
START           02:00:57
END             02:07:43
TRIP                 736
STANDARD RATE 1
DISTANCE        1.14 mi
FARE R1           $6.50
EXTRA             $0.00
TOLL              $0.00
SUB TOTAL         $6.50
TIP               $2.00
TECHNOLOGY FEE:   $0.50
TOTAL             $9.00
SALE    **********6740
AUTH             05358B
*******************
      CALL 311
   FOR COMPLIMENTS
    OR COMPLAINTS.

*to Court*

Flash Cab
Cab #4618
773-561-4444
Chicago, IL
12/19/16 08:53

DIST....   1.10
FARE...$   9.00
TECH...$   0.50
TIP....$   3.00
EXTRAS.$   0.00

TOTAL..$  12.50

Visa xxxx6740
MID 445100500997
Auth
ch_19SSVeGQ3LaAM
HFeC1Je3lAY

No Signature
Required
Call 311 for
compliments and
complaints

*To Court*

YELLOW CAB
CAB NUMBER 1601
12/20/16 TR 3705
START END MILES
08:35 08:53 1.2
RATE #1
FARE :  $  9.75
EXTRA:  $  0.00
TOTAL:  $  9.75
CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS

*From Court*

TOTAL
******CASH
CALL
FOR COMPLIME..
OR COMPLAINTS.

CHICAGO CARRIAGE CAB
312-326-2221
*******DUPLICATE********
CAB                        1491
DRIVER                    93211
TERMINAL        00L260388696
TRIP                        541
PASSENGERS                    1
DATE      12/20/2016 17:13
START                08:07:25
END                  08:20:08
STANDARD RATE 1
DISTANCE              1.46 mi
FARE R1                 $8.50
EXTRA                   $0.00
TOLL                    $0.00
SUB TOTAL               $8.50
TOTAL                   $8.50
******CASH RECEIPT******
CALL 311
FOR COMPLIMENTS
OR COMPLAINTS.

*to court*

```
CHECKER TAXI
   CAB# 5145

12/21/16  16:58
12/21/16  17:07
TRIP #    12002
DIST      1.12 mi
FARE      $ 7.25
EXTRAS    $ 3.00
TOTAL     $ 10.25

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS.
```

*from Court*

```
NOVA TAXI AFFILIATION
*******DUPLICATE********
CAB                   3550
DRIVER                93795
TERMINAL       00LZ61005800
TRIP                   189
PASSENGERS              2
DATE         12/21/16  18:10
START            17:54:55
END              18:07:46
STANDARD RATE 1
DISTANCE           1.27 mi
FARE R1            $8.25
EXTRA             $1.00
TOLL              $0.00
SUB TOTAL         $9.25
TOTAL             $9.25
******CASH RECEIPT******
        CALL 311
   FOR COMPLIMENTS
     OR COMPLAINTS
```

# YELLOW CAB

*to Airport*

DRIVER COPY
CARD RECEIPT

MID:
00720000302094
TID: P261049549
DR. ID: 10041669
CAB#:           147
DATE: 12/22/2016
ST. TIME: 12:31
END TIME: 13:03
PASS#:           1
TRIP#:         808
DIST.: 17.00 MI
RATE 1
FARE:     $ 42.00
EXTRA:    $  0.00
TIP:      $  8.00
SUBTOTAL:
          $ 50.00
TECH.FEE:$  0.50
TOTAL:  $ 50.50
CARD#: ****6740
AUTH#:   09967B
ENTRY METHOD:
CONTACT CHIP
AID:
A0000000031010
APPL. NAME:
CHASE VISA
ATC:        0097
AC:
9352B4BED60B6940

CARDHOLDER
ACKNOWLEDGES



# HealthPort

## INVOICE

**Invoice #:** 0171418579
**Date:** 6/23/2015
**Customer #:** 1740263

HealthPort
...84-9822
... - 2659941
...6000

**Bill to:**
US EEOC
US EEOC
500 W MADISON ST
STE 2000
CHICAGO, IL 60661-2592

**Bill to:**
US EEOC
US EEOC
500 W MADISON ST
STE 2000
CHICAGO, IL 60661-2592

**Records from:**
NORTHSHORE MEDICAL GROUP
4901 SEARLE PKWY SUITE 170
SKOKIE, IL 60077

**Requested By:** US EEOC
**Patient Name:** SUPPO DAWN

**DOB:** 071569
**SSN:** 320505982

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 10.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 1052 | 0.00 | 0.00 |
| Shipping | | | 0.00 |
| Subtotal | | | 10.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 10.00 |
| Balance Due | | | 10.00 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days

### Please remit this amount : $ 10.00 (USD)

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409822
Atlanta, GA 30384-9822
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #: 0171418579**

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to **www.HealthPortPay.com** or call (770) 754 6000.
Email questions to Collections@healthport.com.

Billing services
by
DR. BULBUL BAHUGUNA
MD)
and
JOHN CARTER
MSW

**FOR PROFESSIONAL SERVICES**

Billing Record
for DAWN
SUPPO

DATE

CHARGES

1. 6/8/15 — Billing = $40.00
Record

2. _____        _____

3. _____        _____

4. _____        _____

5. _____        _____

TOTAL __ $ 40.00

PAYMENT RECEIVED _ none _____

Signature of M.D _____

Please mail $40.00 to
DR. BULBUL BAHUGUNA MD)
(by check)
Thank you !

BULBUL BAHUGUNA, M.D.

PSYCHIATRY

## FOR PROFESSIONAL SERVICES

DATE                           CHARGES

1. _1/17/15 — Records_          $80.00
        for
    Dawn Suppo

2. _____             _____

3. _____             _____

4. _____             _____

5. _____             _____

TOTAL   $80.00
DUE

PAYMENT RECEIVED  _none_____

Signature of M.D. _____

1/17/15

af
h on
krge-
s
my office.

( 25 11



**HealthPort.**
**INVOICE**

HealthPort
P.O. Box 409822
Atlanta, GA 30384-9822
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: | 0163627399 |
| Date: | 2/16/2015 |
| Customer #: | 1740263 |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| RICHARD MRIZEK<br>US EEOC<br>500 W MADISON ST<br>STE 2000<br>CHICAGO, IL 60661-2592 | RICHARD MRIZEK<br>US EEOC<br>500 W MADISON ST<br>STE 2000<br>CHICAGO, IL 60661-2592 | NSUHS HIGHLAND PARK HOSPITAL<br>4901 SEARLE PKWY SUITE 170<br>SKOKIE, IL 60077 |

**Requested By:** US EEOC
**Patient Name:** SUPPO DAWN

**DOB:** 071569
**SSN:** 320505982

RECEIVED EEOC

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 10.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 363 | 0.00 | 0.00 |
| Shipping | | | 0.00 |
| Subtotal | | | 10.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 10.00 |
| Balance Due | | | 10.00 |

CHICAGO DISTRICT OFFICE

**Pay your invoice online at www.HealthPortPay.com**

**Terms:** Net 30 days        **Please remit this amount : $ 10.00 (USD)**

- - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409822
Atlanta, GA 30384-9822
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: | 0163627399 |
|---|---|
| Check # | _____ |
| Payment Amount $ | _____ |

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to **www.HealthPortPay.com** or call (770) 754 6000.
Email questions to Collections@healthport.com.

Higgins & Carter LLC
John Carter, LCSW



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/29/2015 | 4816-4818 |

| Terms |
|-------|
| Net 30 |

**Bill To:**

Equal Empolyment Opportunity Commision

| Description | Service Date | Amount |
|-------------|--------------|--------|
| EEOC MEDICAL RECORD REQUEST FEE: DAWN SUPPO | 1/29/2015 | 25.00 |

Remit Payment To Above Address.

For Billing Questions, Contact:Alexis at 312-360-1983 Ext. 8

**Balance Due:** **$25.00**

# INVOICE

**THOMPSON COURT REPORTERS, INC.**
(312) 421-3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16262 | 8/13/2015 | 8369 |

| Job Date | Case No. | |
|---|---|---|
| 5/29/2015 | 14 C 6553 | |

| Case Name | |
|---|---|
| EEOC v. Costco | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO  80235

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Wendy Davis | 212.00 | Pages | @ | 2.45 | 519.40 |
| Exhibits - scanned (B & W) | 81.00 | Pages | @ | 0.30 | 24.30 |
| ASCII (complimentary) | | | | 0.00 | 0.00 |
| E-Transcript (complimentary) | | | | 0.00 | 0.00 |
| Transcript - PDF (complimentary) | | | | 0.00 | 0.00 |
| | | | **TOTAL DUE >>>** | | **$543.70** |

Reference No.   :  EECFPCHI15100882

Thank you for using Thompson Court Reporters, Inc.
Service Oriented ~ Technology Driven ~ Quality Results

Visit us at www.thompsonreporters.com

**Tax ID:** 36-4546623

Phone: 312-869-8000   Fax:312-869-812

*Please detach bottom portion and return with payment.*

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO  80235

| | | |
|---|---|---|
| Invoice No. | : | 16262 |
| Invoice Date | : | 8/13/2015 |
| **Total Due** | : | **$543.70** |

Remit To:   **Thompson Court Reporters, Inc.**
**1017 W. Washington Blvd.**
**Suite 2F**
**Chicago IL  60607**

| | | |
|---|---|---|
| Job No. | : | 8369 |
| BU ID | : | 1-MAIN |
| Case No. | : | 14 C 6553 |
| Case Name | : | EEOC v. Costco |

# INVOICE



## THOMPSON
### COURT REPORTERS
**312-421-3377**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16116 | 6/25/2015 | 8379 |

| Job Date | Case No. | |
|---|---|---|
| 6/11/2015 | 14 C 6553 | |

| Case Name | |
|---|---|
| EEOC v. Costco | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Rich Mrizek
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO 80235

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Kristen D'Agostino | 203.00 | Pages | @ | 3.20 | 649.60 |
| Hourly | 7.50 | Hours | @ | 42.50 | 318.75 |
| Exhibits - scanned (B & W) | 69.00 | Pages | @ | 0.30 | 20.70 |
| Shipping & Handling | | | | 7.00 | 7.00 |
| ASCII (complimentary) | | | | 0.00 | 0.00 |
| E-Transcript (complimentary) | | | | 0.00 | 0.00 |
| Transcript - PDF (complimentary) | | | | 0.00 | 0.00 |

**TOTAL DUE >>>**  **$996.05**

Reference No.  : EECFPCHI15100882

Thank you for using Thompson Court Reporters, Inc.
Service Oriented ~ Technology Driven ~ Quality Results

Visit us at www.thompsonreporters.com

**Tax ID:** 36-4546623                                Phone: 312-869-8000   Fax:312-869-8124

*Please detach bottom portion and return with payment.*

Rich Mrizek
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO 80235

| | | |
|---|---|---|
| Invoice No. | : | 16116 |
| Invoice Date | : | 6/25/2015 |
| **Total Due** | : | **$996.05** |

| | | |
|---|---|---|
| Job No. | : | 8379 |
| BU ID | : | 1-MAIN |
| Case No. | : | 14 C 6553 |
| Case Name | : | EEOC v. Costco |

Remit To:  **Thompson Court Reporters, Inc.**
**1017 W. Washington Blvd.**
**Suite 2F**
**Chicago IL 60607**

# INVOICE



## THOMPSON
### COURT REPORTERS
**312-421-3377**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16177 | 7/1/2015 | 8370 |

| Job Date | Case No. | |
|---|---|---|
| 6/26/2015 | 14 C 6553 | |

| Case Name | | |
|---|---|---|
| EEOC v. Costco | | |

| | Payment Terms | |
|---|---|---|
| Due upon receipt | | |

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO  80235

Igor Anic

Hourly (no transcript)

| | | | 8.50 | Hours | @ | 70.00 | 595.00 |
|---|---|---|---|---|---|---|---|

**TOTAL DUE  >>>**                                    **$595.00**

Reference No.    : EECFPCHI15100882

Thank you for using Thompson Court Reporters, Inc.
Service Oriented ~ Technology Driven ~ Quality Results

Visit us at www.thompsonreporters.com

**Tax ID:** 36-4546623

Phone: 312-869-8000    Fax:312-869-8124

*Please detach bottom portion and return with payment.*

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO  80235

Invoice No.     :  16177
Invoice Date    :  7/1/2015
**Total Due**       :  **$595.00**

Remit To:   **Thompson Court Reporters, Inc.**
            **1017 W. Washington Blvd.**
            **Suite 2F**
            **Chicago IL  60607**

Job No.      :  8370
BU ID        :  1-MAIN
Case No.     :  14 C 6553
Case Name    :  EEOC v. Costco

# INVOICE

## THOMPSON
### COURT REPORTERS
**312-421-3377**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16201 | 7/14/2015 | 8370 |

| Job Date | Case No. | |
|---|---|---|
| 6/26/2015 | 14 C 6553 | |

| Case Name | |
|---|---|
| EEOC v. Costco | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO  80235

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Igor Anic | 134.00 Pages | @ | 2.45 | 328.30 |
| Exhibits - scanned (B & W) | 55.00 Pages | @ | 0.30 | 16.50 |
| ASCII (complimentary) | | | 0.00 | 0.00 |
| E-Transcript (complimentary) | | | 0.00 | 0.00 |
| Transcript - PDF (complimentary) | | | 0.00 | 0.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Greg West | 141.00 Pages | @ | 2.45 | 345.45 |
| Exhibits - scanned (B & W) | 58.00 Pages | @ | 0.30 | 17.40 |
| ASCII (complimentary) | | | 0.00 | 0.00 |
| E-Transcript (complimentary) | | | 0.00 | 0.00 |
| Transcript - PDF (complimentary) | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | **$707.65** |

Reference No.    :   EECFPCHI15100882

Thank you for using Thompson Court Reporters, Inc.
Service Oriented ~ Technology Driven ~ Quality Results

Visit us at www.thompsonreporters.com

**Tax ID:** 36-4546623

Phone: 312-869-8000    Fax:312-869-8124

*Please detach bottom portion and return with payment.*

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO  80235

| | | |
|---|---|---|
| Invoice No. | : | 16201 |
| Invoice Date | : | 7/14/2015 |
| **Total Due** | : | **$707.65** |

| | | |
|---|---|---|
| Remit To: | **Thompson Court Reporters, Inc.** | |
| | **1017 W. Washington Blvd.** | |
| | **Suite 2F** | |
| | **Chicago IL  60607** | |

| | | |
|---|---|---|
| Job No. | : | 8370 |
| BU ID | : | 1-MAIN |
| Case No. | : | 14 C 6553 |
| Case Name | : | EEOC v. Costco |

# INVOICE



**THOMPSON**
COURT REPORTERS

312-421-3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16081 | 6/8/2015 | 8369 |
| **Job Date** | **Case No.** | |
| 5/29/2015 | 14 C 6553 | |
| **Case Name** | | |
| EEOC v. Costco | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO  80235

Wendy Davis

    Hourly

                        5.00 Hours      @      42.50      212.50

Reference No.  :  EECFPCHI15100882        **TOTAL DUE >>>**      **$212.50**

P.O. # EECFPCHI15100882
Job #14CHI010

Thank you for using Thompson Court Reporters, Inc.
Service Oriented ~ Technology Driven ~ Quality Results

Visit us at www.thompsonreporters.com

**Tax ID:** 36-4546623

Phone: 312-869-8000    Fax:312-869-8124

*Please detach bottom portion and return with payment.*

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO  80235

| | | |
|---|---|---|
| Invoice No. | : | 16081 |
| Invoice Date | : | 6/8/2015 |
| **Total Due** | : | **$212.50** |

Remit To:   **Thompson Court Reporters, Inc.**
             **1017 W. Washington Blvd.**
             **Suite 2F**
             **Chicago IL  60607**

| | | |
|---|---|---|
| Job No. | : | 8369 |
| BU ID | : | 1-MAIN |
| Case No. | : | 14 C 6553 |
| Case Name | : | EEOC v. Costco |

# INVOICE



## THOMPSON
### COURT REPORTERS
**312-421-3377**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16067 | 6/4/2015 | 8343 |
| **Job Date** | **Case No.** | |
| 5/20/2015 | 14 C 6553 | |
| **Case Name** | | |
| EEOC v. Costco | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO 80235

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Daniro Hernandez | 115.00 | Pages | @ | 3.20 | 368.00 |
| Hourly | 2.00 | Hours | @ | 42.50 | 85.00 |
| ASCII (complimentary) | | | | 0.00 | 0.00 |
| E-Transcript (complimentary) | | | | 0.00 | 0.00 |
| Transcript - PDF (complimentary) | | | | 0.00 | 0.00 |

**TOTAL DUE >>>**    **$453.00**

Reference No.    : EECFPCHI15100882

Job #14CHI010
P.O. # EECFPCHI15100882

Thank you for using Thompson Court Reporters, Inc.
Service Oriented ~ Technology Driven ~ Quality Results

Visit us at www.thompsonreporters.com

**Tax ID:** 36-4546623

Phone: 312-869-8000    Fax:312-869-8124

*Please detach bottom portion and return with payment.*

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO 80235

| | | |
|---|---|---|
| Invoice No. | : | 16067 |
| Invoice Date | : | 6/4/2015 |
| **Total Due** | : | **$453.00** |

Remit To:    **Thompson Court Reporters, Inc.**
             **1017 W. Washington Blvd.**
             **Suite 2F**
             **Chicago IL 60607**

| | | |
|---|---|---|
| Job No. | : | 8343 |
| BU ID | : | 1-MAIN |
| Case No. | : | 14 C 6553 |
| Case Name | : | EEOC v. Costco |

**...bien Mangio, LLC**
...Video
...e, Suite 1820
...98101-4001
...06) 622-6875    Fax:  (206) 343-4110

# Invoice

| | |
|---|---|
| Job #: | 150617LSP |
| Job Date: | 06/17/15 |
| Order Date: | 06/17/15 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

| | |
|---|---|
| Invoice #: | 71025 |
| Inv.Date: | 07/13/15 |
| Balance: | $1,262.55 |

**Bill To:**
Joyce Barksdale
EEOC - Chicago District Office
500 West Madison Street
Suite 2000
Chicago, IL 60661

**Action:** Equal Employment Opportunity Commission
vs
Costco Wholesale Corporation
**Action #:** 14-cv-06553
**Rep:** LSP
**Cert:** 2378

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Michele Hughes | Appearance | Hours | 2.50 | $65.00 | $162.50 |
| 2 | Sophia Terada | Appearance | Hours | 4.50 | $65.00 | $292.50 |
| 3 | Michele Hughes | Original & 1 Certified Transcript | Pages | 60 | $4.10 | $246.00 |
| 4 | Michele Hughes | Electronic Transcript Conversion | ... | 1.00 | $37.50 | $37.50 |
| 5 | Michele Hughes | Exhibit Scanning | Unit | 29.00 | $0.55 | $15.95 |
| 6 | Sophia Terada | Original & 1 Certified Transcript | Pages | 102 | $4.10 | $418.20 |
| 7 | Sophia Terada | Electronic Transcript Conversion | ... | 1.00 | $37.50 | $37.50 |
| 8 | Sophia Terada | Exhibit Scanning | Unit | 68.00 | $0.55 | $37.40 |
| 9 | Sophia Terada | Delivery of Original Transcript | Labor | 1.00 | $15.00 | $15.00 |

**Comments:**
Purchase Order #: EECFPCHI15101057

Please include the invoice number with your payment.  Thank you.  We really appreciate your business!

| | |
|---|---|
| Sub Total | $1,262.55 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | $1,262.55 |
| Payment | $0.00 |
| **Balance Due** | $1,262.55 |

**Federal Tax I.D.:**  42-1604663

**Terms:**  After 30 Days 1% Finance Charge Applied.

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Joyce Barksdale
EEOC - Chicago District Office
500 West Madison Street
Suite 2000
Chicago, IL 60661

**Deliver To:**
Richard Mrizek
EEOC - Chicago District Office
500 West Madison Street
Suite 2000
Chicago, IL 60661

# Invoice

| | |
|---|---|
| Invoice #: | 71025 |
| Inv.Date: | 07/13/15 |
| Balance: | $1,262.55 |
| Job #: | 150617LSP |
| Job Date: | 06/17/15 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

| | |
|---|---|
| Phone: | (206) 622-6875 |
| Fax: | (206) 343-4110 |

**Yamaguchi Obien Mangio, LLC**
**Court Reporting & Video**
**1200 Fifth Avenue, Suite 1820**
**Seattle, WA 98101-4001**

# Yamaguchi Obien Mangio, LLC

**Court Reporting & Video**
Fifth Avenue, Suite 1820
...le, WA 98101-4001
...ne: (206) 622-6875    Fax: (206) 343-4110

Job #: 150618BED
Job Date: 06/18/15
Order Date: 06/18/15
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 70845 |
| **Inv.Date:** | 07/06/15 |
| **Balance:** | $320.50 |

**Bill To:**
Joyce Barksdale
EEOC - Chicago District Office
500 W. Madison Street
Suite 2000
Chicago, IL 60661

**Action:** Equal Employment Opportunity Commission
*vs*
**Costco Wholesale Corporation**
**Action #:** 14-cv-06553
**Rep:** BED
**Cert:** 3109

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Donald Currier | Appearance | Hours | 2.00 | $65.00 | | $130.00 |
| 2 | Donald Currier | Certified Transcript | Pages | 48 | $3.05 | | $146.40 |
| 3 | Donald Currier | Electronic Transcript Conversion | Conv... | 1.00 | $37.50 | | $37.50 |
| 4 | Donald Currier | Exhibit Scanning | Unit | 12.00 | $0.55 | | $6.60 |

**Comments:**
Purchase Order #: EECFPCHI15101057

Please include the invoice number with your payment. Thank you. We really appreciate your business!

| | |
|---|---|
| Sub Total | $320.50 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | $320.50 |
| Payment | $0.00 |
| **Balance Due** | $320.50 |

**Federal Tax I.D.:** 42-1604663    **Terms:** After 30 Days 1% Finance Charge...

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Joyce Barksdale
EEOC - Chicago District Office
500 W. Madison Street
Suite 2000
Chicago, IL 60661

**Deliver To:**
Richard Mrizek
EEOC - Chicago District Office
500 West Madison Street
Suite 2000
Chicago, IL 60661

# Invoice

Phone: (206) 622-6875
Fax: (206) 343-4110

Yamaguchi Obien Mangio, LLC
**Court Reporting & Video**
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001

**Invoice #:** 70845
**Inv.Date:** 07/06/15
**Balance:** $320.50
**Job #:** 150618BED
**Job Date:** 06/18/15
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



**Bill To:** Richard J. Mrizek
Equal Employment Opportunity Commission (EEOC)
500 West Madison Street
Suite 2000
Chicago, IL, 60661-2592

| | |
|---|---|
| **Invoice #:** | CHI2765678 |
| **Invoice Date:** | 10/6/2016 |
| **Balance Due:** | $1,043.55 |

| | |
|---|---|
| **Case:** | Equal Employment Opportunity Commission v. Costco Wholesale Corporation |
| **Job #:** | 2450433 \| Job Date: 9/27/2016 \| Delivery: Normal |
| **Billing Atty:** | Richard J. Mrizek |
| **Location:** | Northwestern Medical Group |
| | 446 E. Ontario \| Suite 7-200 \| Chicago, IL 60611 |
| **Sched Atty:** | Erin Foley \| Seyfarth Shaw LLP |

| Witness | Description | Amount |
|---|---|---|
| Stephen Dinwiddie , M.D. | Transcript Services | $854.75 |
| | Exhibit Management | $188.80 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,043.55 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,043.55 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CHI2765678 |
| **Job #:** | 2450433 |
| **Invoice Date:** | 10/6/2016 |
| **Balance:** | $1,043.55 |

134205

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Laura Feldman | | Invoice #: | CHI2576026 |
| | Equal Employment Opportunity Commission | | Invoice Date: | 3/11/2016 |
| | 500 West Madison Street | | Balance Due: | $122.50 |
| | Suite 2000 | | | |
| | Chicago, IL, 60661-2592 | | | |

| Case: | Equal Employment Opportunity Commission v. Costco Wholesale Corporation |
| Job #: | 2070216 | Job Date: 5/27/2015 | Delivery: Normal |
| Billing Atty: | Laura Feldman |
| Location: | Seyfarth Shaw LLP |
| | 131 S Dearborn St. | Suite 2400 | Chicago, IL 60603-5577 |
| Sched Atty: | Erin Foley | Seyfarth Shaw LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Thad Thompson | Video – Digitizing & Transcript Synchronization | Hour | 5.00 | $20.00 | $100.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $22.50 | $22.50 |

Notes: PO # EECFPCHI15101421

| | |
|---|---|
| Invoice Total: | $122.50 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $122.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CHI2576026 |
| Job #: | 2070216 |
| Invoice Date: | 3/11/2016 |
| Balance: | $122.50 |

27479

**Veritext Midwest**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | | Invoice #: | CHI2501184 |
|---|---|---|---|---|
| **Bill To:** | Joyce Barksdale | | **Invoice Date:** | 12/15/2015 |
| | Equal Employment Opportunity Commission | | **Balance Due:** | $397.50 |
| | 500 West Madison Street | | | |
| | Suite 2000 | | | |
| | Chicago, IL, 60661-2592 | | | |

| | |
|---|---|
| **Case:** | Equal Employment Opportunity Commission v. Costco Wholesale Corporation |
| **Job #:** | 2070216 \| Job Date: 5/27/2015 \| Delivery: Normal |
| **Billing Atty:** | Joyce Barksdale |
| **Location:** | Seyfarth Shaw LLP |
| | 131 S Dearborn St.  \| Suite 2400 \| Chicago, IL 60603-5577 |
| **Sched Atty:** | Erin  Foley \| Seyfarth Shaw LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Thad Thompson | Video – MPEG/Digitizing | | 5.00 | $75.00 | $375.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $22.50 | $22.50 |

| Notes:  PO #: EECFPCHI15101421 | | |
|---|---|---|
| | **Invoice Total:** | $397.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $397.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's
fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-
services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CHI2501184 |
|---|---|
| **Job #:** | 2070216 |
| **Invoice Date:** | 12/15/2015 |
| **Balance:** | $397.50 |

27479

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Invoice #:** | CHI2390098 |
| **Invoice Date:** | 8/5/2015 |
| **Balance Due:** | $369.05 |

**Bill To:** Laura Feldman
Equal Employment Opportunity Commission
500 West Madison Street
Suite 2000
Chicago, IL, 60661-2592

| | |
|---|---|
| **Case:** | US EEOC v. Costco Wholesale Corp. |
| **Job #:** | 2102288 | Job Date: 7/16/2015 | Delivery: Normal |
| **Billing Atty:** | Laura Feldman |
| **Location:** | |
| | GLENBROOK HOSPITAL 1250 Pfingsten Rd | Conf Rm GB, Room 1A | Glenview, IL 60026 |
| **Sched Atty:** | | Seyfarth Shaw LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dr. Mariam Mourad | Certified Transcript - Medical, Technical & Video | Page | 110.00 | $3.25 | $357.50 |
| | Exhibits | Per Page | 21.00 | $0.55 | $11.55 |

**Notes:** PO # EECFPCHI15101421

| | |
|---|---|
| **Invoice Total:** | $369.05 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | |
| **Balance Due:** | $369.05 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2390098 |
| **Job #:** | 2102288 |
| **Invoice Date:** | 8/5/2015 |
| **Balance:** | $369.05 |

7479

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569

RECV'D EEOC
AUG 1 8 2015
CHI LEGAL DEPT



| | |
|---|---|
| **Bill To:** Laura Feldman | **Invoice #:** CHI2390098 |
| Equal Employment Opportunity Commission | **Invoice Date:** 8/5/2015 |
| 500 West Madison Street | **Balance Due:** $369.05 |
| Suite 2000 | |
| Chicago, IL, 60661-2592 | |

| | |
|---|---|
| **Case:** | US EEOC v. Costco Wholesale Corp. |
| **Job #:** | 2102288 \| Job Date: 7/16/2015 \| Delivery: Normal |
| **Billing Atty:** | Laura Feldman |
| **Location:** | |
| | GLENBROOK HOSPITAL 1250 Pfingsten Rd \| Conf Rm GB, Room 1A \| Glenview, IL 60026 |
| **Sched Atty:** | \| Seyfarth Shaw LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dr. Mariam Mourad | Certified Transcript - Medical, Technical & Video | Page | 110.00 | $3.25 | $357.50 |
| | Exhibits | Per Page | 21.00 | $0.55 | $11.55 |

| | |
|---|---|
| **Notes:** PO # EECFPCHI15101421 | |
| | **Invoice Total:** $369.05 |
| | **Payment:** $0.00 |
| | **Credit:** $0.00 |
| | **Interest:** |
| | **Balance Due:** $369.05 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

27479

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2390098 |
| **Job #:** | 2102288 |
| **Invoice Date:** | 8/5/2015 |
| **Balance:** | $369.05 |

**...ext Midwest**
...h Franklin Street, Suite 3000
...cago IL 60606
...el. 312.442.9087 Fax. 312.442.9095
...Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Richard J. Mrizek<br>Equal Employment Opportunity Commission<br>500 West Madison Street<br>Suite 2000<br>Chicago, IL, 60661-2592 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI2370730<br>7/13/2015<br>$1,300.15 |

| | |
|---|---|
| **Case:** | Equal Employment Opportunity Commission v. Costco Wholesale Corp. |
| **Job #:** | 2094691 \| Job Date: 6/25/2015 \| Delivery: Normal |
| **Billing Atty:** | Richard J. Mrizek |
| **Location:** | Seyfarth Shaw LLP |
| | 131 South Dearborn Street \| Suite 2400 \| Chicago, IL 60603-5577 |
| **Sched Atty:** | Sara Eber Fowler \| Seyfarth Shaw LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dawn Suppo | Certified Transcript | Page | 415.00 | $2.95 | $1,224.25 |
| | Exhibits | Per Page | 138.00 | $0.55 | $75.90 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $1,300.15 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | |
| | **Balance Due:** | $1,300.15 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

27479

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2370730 |
| **Job #:** | 2094691 |
| **Invoice Date:** | 7/13/2015 |
| **Balance:** | $1,300.15 |

**ndwest**

Franklin Street, Suite 3000
ago IL 60606
el. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



REC BY EEOC
JUL 2 7 2015
CHI LEGAL DEPT

**Bill To:** Laura Feldman
Equal Employment Opportunity Commission
500 West Madison Street
Suite 2000
Chicago, IL, 60661-2592

| | |
|---|---|
| **Invoice #:** | CHI2372223 |
| **Invoice Date:** | 7/14/2015 |
| **Balance Due:** | $610.45 |

| | |
|---|---|
| **Case:** | EEOC v. Costco Wholesale Corporation |
| **Job #:** | 2092579 \| Job Date: 6/27/2015 \| Delivery: Normal |
| **Billing Atty:** | Laura Feldman |
| **Location:** | |
| | 332 Skokie Valley Road \| Suite 225A \| Highland Park, IL 60035 |
| **Sched Atty:** | Sara Eber Fowler \| Seyfarth Shaw LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Bulbul Bahuguna, M.D. | Certified Transcript - Medical, Technical & Video | Page | 177.00 | $3.25 | $575.25 |
| | Exhibits | Per Page | 64.00 | $0.55 | $35.20 |

| Notes: PO # EECFPCHI15101421 | | |
|---|---|---|
| | **Invoice Total:** | $610.45 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $610.45 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CHI2372223 |
| **Job #:** | 2092579 |
| **Invoice Date:** | 7/14/2015 |
| **Balance:** | $610.45 |

27479



**Veritext Midwest**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569

RECV'D EEOC
JUL 02 2015
CHI LEGAL DEPT

RECV'D EEOC
JUL 02 2015
CHI LEGAL DEPT

RECV'D EEOC
JUL 02 2015
CHI LEGAL DEPT

RECV'D EEOC
JUL 2 0 2015
CHI LEGAL DEPT

| | | |
|---|---|---|
| **Invoice #:** | CHI2367258 | |
| **Invoice Date:** | 7/9/2015 | |
| **Balance Due:** | $1,845.35 | |

**Bill To:**  Richard J. Mrizek
Equal Employment Opportunity Commission
500 West Madison Street
Suite 2000
Chicago, IL, 60661-2592

| | |
|---|---|
| **Case:** | Equal Employment Opportunity Commission v. Costco Wholesale Corporation |
| **Job #:** | 2074277 | Job Date: 6/22/2015 | Delivery: Normal |
| **Billing Atty:** | Richard J. Mrizek |
| **Location:** | Veritext - Boca Raton |
| | 301 NE 51st St (Yamoto Rd) | Ste 1240 | Boca Raton, FL 33431 |
| **Sched Atty:** | Sara Eber Fowler | Seyfarth Shaw LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Aviva Suppo | Certified Transcript - Medical, Technical & Video | Page | 145.00 | $3.30 | $478.50 |
| | Rough Draft | Page | 127.00 | $1.50 | $190.50 |
| Martin Suppo | Certified Transcript - Medical, Technical & Video | Page | 245.00 | $3.30 | $808.50 |
| | Exhibits | Per Page | 77.00 | $0.55 | $42.35 |
| | Rough Draft | Page | 217.00 | $1.50 | $325.50 |

| | |
|---|---|
| **Notes:** | |
| **Invoice Total:** | $1,845.35 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | |
| **Balance Due:** | $1,845.35 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2367258 |
| **Job #:** | 2074277 |
| **Invoice Date:** | 7/9/2015 |
| **Balance:** | $1,845.35 |

27479

## Veritext Midwest



1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569

| Bill To: | Laura Feldman | | |
|---|---|---|---|
| | Equal Employment Opportunity Commission | **Invoice #:** | CHI2365485 |
| | 500 West Madison Street | **Invoice Date:** | 7/7/2015 |
| | Suite 2000 | **Balance Due:** | $569.20 |
| | Chicago, IL, 60661-2592 | | |

| | |
|---|---|
| **Case:** | Equal Employment Opportunity Commission v. Costco Wholesale Corporation |
| **Job #:** | 2092519 \| Job Date: 6/30/2015 \| Delivery: Normal |
| **Billing Atty:** | Laura Feldman |
| **Location:** | Seyfarth Shaw LLP |
| | 131 S Dearborn St. \| Suite 2400 \| Chicago, IL 60603-5577 |
| **Sched Atty:** | Sara Eber Fowler \| Seyfarth Shaw LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| John Carter | Certified Transcript - Medical, Technical & Video | Page | 166.00 | $3.25 | $539.50 |
| | Exhibits | Per Page | 54.00 | $0.55 | $29.70 |

| Notes: PO # EECCHI10102 | | |
|---|---|---|
| | **Invoice Total:** | $569.20 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | |
| | **Balance Due:** | $569.20 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2365485 |
| **Job #:** | 2092519 |
| **Invoice Date:** | 7/7/2015 |
| **Balance:** | $569.20 |

27479

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20150090

Richard Mrizek
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

**MAKE CHECKS PAYABLE TO:**

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 South Dearborn Street
Room 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 06-11-2015 | DATE DELIVERED: 06-15-2015 |

**Case Style:** 14 C 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 6-9-15

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 11 | 4.85 | 53.35 | | 0.90 | | | 0.60 | | 53.35 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 53.35 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | | TAX (If Applicable): | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | | TOTAL REFUND: | | |
| | | | | | | | | TOTAL DUE: | | $53.35 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

**/s/Kathleen M. Fennell**

DATE 06-15-2015

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20150090

**MAKE CHECKS PAYABLE TO:**

Richard Mrizek
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661
Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 South Dearborn Street
Room 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 06-11-2015 | DATE DELIVERED: 06-15-2015 |

**Case Style:** 14 C 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 6-9-15

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 11 | 4.85 | 53.35 | | 0.90 | | | 0.60 | | 53.35 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| Misc. Desc. | | | |
|---|---|---|---|
| | | MISC. CHARGES: | |
| | | TOTAL: | 53.35 |
| | LESS DISCOUNT FOR LATE DELIVERY: | | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $53.35 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:  /s/Kathleen M. Fennell

DATE: 06-15-2015

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160155

**MAKE CHECKS PAYABLE TO:**

Laura Feldman
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 S. DEARBORN ST, STE 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 11-16-2016 | DATE DELIVERED: 11-21-2016 |

**Case Style:** 14 C 6553, EEOC v Costco
Transcript of proceedings before the Hon. Ruben Castillo of 10/28/16

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 8 | 4.85 | 38.80 | | 0.90 | | | 0.60 | | 38.80 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 38.80 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $38.80 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: */s/Kathleen M. Fennell* | DATE 11-21-2016 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160155

**MAKE CHECKS PAYABLE TO:**

Laura Feldman
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 S. DEARBORN ST, STE 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 11-16-2016 | DATE DELIVERED: 11-21-2016 |
|---|---|---|

**Case Style:** 14 C 6553, EEOC v Costco
Transcript of proceedings before the Hon. Ruben Castillo of 10/28/16

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 8 | 4.85 | 38.80 | | 0.90 | | | 0.60 | | 38.80 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 38.80 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | $38.80 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: */s/Kathleen M. Fennell* | DATE 11-21-2016 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160110

### MAKE CHECKS PAYABLE TO:

Richard Mrizek
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 S. DEARBORN ST, STE 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| | | | |
|---|---|---|---|
| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED: 09-07-2016 | | DATE DELIVERED: 09-07-2016 |

**Case Style:** 14 CV 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 8/3/16.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 9 | 0.90 | 8.10 | | 0.60 | | 8.10 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 8.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $8.10 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: */s/Kathleen M. Fennell* | DATE 09-07-2016 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20150116

### MAKE CHECKS PAYABLE TO:

...dman

...0 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 South Dearborn Street
Room 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
*kathyfennell@earthlink.net*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | | 08-05-2015 | 08-06-2015 |

**Case Style:** 14 C 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 7-22-15.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 4 | 4.85 | 19.40 | | 0.90 | | | 0.60 | | 19.40 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 19.40 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $19.40 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde...
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE | |
|---|---|---|
| */s/Kathleen M. Fennell* | | 08-06-2015 |

*(All previous editions of this form are
cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20150100

**MAKE CHECKS PAYABLE TO:**

Richard Mrizek
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 South Dearborn Street
Room 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 06-25-2015 | DATE DELIVERED: 06-25-2015 |

**Case Style:** 14 C 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 6-25-15.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | 16 | 1.20 | 19.20 | | 0.90 | | 19.20 |
| Realtime | | 3.05 | | | 1.20 | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 19.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $19.20 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: */s/Kathleen M. Fennell* | DATE 06-25-2015 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO:  20160171

**MAKE CHECKS PAYABLE TO:**

Joyce Barksdale
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone:  (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 S. DEARBORN ST, STE 2524A
Chicago, IL 60604

Phone:  (312) 435-5569

Tax ID:  26-1890773
kathyfennell@earthlink.net

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | 12-20-2016 | 12-21-2016 |

**Case Style:**  14 C 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 12/20/16.
Trial Volume 7

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | 124.80 |
| Daily | | 6.05 | | 104 | 1.20 | 124.80 | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL:  124.80 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $124.80 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| /s/Kathleen M. Fennell | 12-21-2016 |

(All previous editions of this form are
cancelled and should be destroyed)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO:  20160168

**MAKE CHECKS PAYABLE TO:**

Joyce Barksdale
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone:  (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 S. DEARBORN ST, STE 2524A
Chicago, IL 60604

Phone:  (312) 435-5569

Tax ID:  26-1890773
kathyfennell@earthlink.net

| | |
|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 12-15-2016 |
| | DATE DELIVERED: 12-16-2016 |

**Case Style:** 14 C 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 12/15/16.
Trial Volume 4

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | 195 | 1.20 | 234.00 | | 0.90 | | 234.00 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 234.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $234.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| /s/Kathleen M. Fennell | 12-16-2016 |

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160173

**MAKE CHECKS PAYABLE TO:**

Joyce Barksdale
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 S. DEARBORN ST, STE 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| | |
|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 12-21-2016 — DATE DELIVERED: 12-21-2016 |

**Case Style:** 14 C 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 12/21/16.
Trial Volume 8

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | 6 | 1.20 | 7.20 | | 0.90 | | 7.20 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 7.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $7.20 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: /s/Kathleen M. Fennell | DATE 12-21-2016 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160170

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Joyce Barksdale<br>EEOC<br>500 West Madison Street<br>Suite 2800<br>Chicago, IL 60661<br><br>Phone: (312) 886-0808 | Kathleen M. Fennell, RMR, FCRR<br>Official Court Reporter<br>219 S. DEARBORN ST, STE 2524A<br>Chicago, IL 60604<br><br>Phone: (312) 435-5569<br><br>Tax ID: 26-1890773<br>kathyfennell@earthlink.net |

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED 12-19-2016 | DATE DELIVERED 12-20-2016 |
|---|---|---|

**Case Style:** 14 C 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 12/19/16.
Trial Volume 6

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | 176 | 1.20 | 211.20 | | 0.90 | | 211.20 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 211.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $211.20 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE /s/Kathleen M. Fennell | DATE 12-20-2016 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160167

## MAKE CHECKS PAYABLE TO:

Joyce Barksdale
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 S. DEARBORN ST, STE 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| | |
|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 12-14-2016   DATE DELIVERED: 12-15-2016 |

**Case Style:** 14 C 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 12/14/16.
Trial Volume 3

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | 260 | 1.20 | 312.00 | | 0.90 | | 312.00 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 312.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $312.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: /s/Kathleen M. Fennell | DATE 12-15-2016 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160165

**MAKE CHECKS PAYABLE TO:**

Joyce Barksdale
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 S. DEARBORN ST, STE 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 12-12-2016 | DATE DELIVERED: 12-13-2016 |
| --- | --- | --- |

Case Style: 14 CV 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 12/12/16.
Trial Volume 1

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | 79 | 1.20 | 94.80 | | 0.90 | | 94.80 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
| --- | --- | --- |
| | TOTAL: | 94.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $94.80 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: /s/Kathleen M. Fennell | DATE 12-13-2016 |
| --- | --- |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160166

**MAKE CHECKS PAYABLE TO:**

Joyce Barksdale
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 S. DEARBORN ST, STE 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 12-13-2016 | DATE DELIVERED: 12-14-2016 |
|---|---|---|

**Case Style:** 14 C 6553, EEOC v Costco Wholesale Corp.
Transcript of proceedings before the Hon. Ruben Castillo of 12/13/16.
Trial Volume 2

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | 233 | 1.20 | 279.60 | | 0.90 | | 279.60 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | 0.90 | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 279.60 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $279.60 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: */s/Kathleen M. Fennell* | DATE 12-14-2016 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160157

**— MAKE CHECKS PAYABLE TO: —**

Laura Feldman
EEOC
500 West Madison Street
Suite 2800
Chicago, IL 60661

Phone: (312) 886-0808

Kathleen M. Fennell, RMR, FCRR
Official Court Reporter
219 S. DEARBORN ST, STE 2524A
Chicago, IL 60604

Phone: (312) 435-5569

Tax ID: 26-1890773
kathyfennell@earthlink.net

| | CRIMINAL | X CIVIL | DATE ORDERED: 12-02-2016 | DATE DELIVERED: 12-02-2016 |

**Case Style:** 14 C 6553, EEOC v Costco
Transcript of proceedings before the Hon. Ruben Castillo of 12/1/16.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | 89 | 1.20 | 106.80 | | 0.90 | | 106.80 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 106.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $106.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: /s/Kathleen M. Fennell | DATE 12-02-2016 |

*(All previous editions of this form are
cancelled and should be destroyed)*

# INVOICE

**THOMPSON**
COURT REPORTERS, INC.
(312) 421-3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17885 | 9/1/2016 | 9616 |
| **Job Date** | **Case No.** | |
| 8/17/2016 | 14 C 6553 | |
| **Case Name** | | |
| EEOC v. Costco | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO  80235

Liza Gold

| | | | | |
|---|---|---|---|---|
| Hourly | 8.50 | Hours @ | 42.50 | 361.25 |
| Original 3-5 Day Expedite | 359.00 | Pages @ | 4.35 | 1,561.65 |
| Exhibits - scanned (B & W) | 230.00 | Pages @ | 0.30 | 69.00 |
| Shipping & Handling | 1.00 | @ | 7.00 | 7.00 |
| Electronic Transcripts (ASCII/ETRAN/MINI/PDF) - Complimentary | 1.00 | @ | 0.00 | 0.00 |

**TOTAL DUE >>>**  **$1,998.90**

Reference No.  :  EECFPCHII6I03456

Thank you for using Thompson Court Reporters, Inc.

Checkout our new website @ thompsonreporters.com

**Tax ID:** 36-4546623

Phone: 312-869-8000    Fax:312-869-8124

---

*Please detach bottom portion and return with payment.*

Laura R. Feldman
Equal Employment Opportunity Commission (EEOC)
Interior Business Center
EEOC Invoice Processing Team
7301 W Mansfield Ave, Mail Stop D 2770
Denver CO  80235

| | | |
|---|---|---|
| Invoice No. | : | 17885 |
| Invoice Date | : | 9/1/2016 |
| **Total Due** | : | **$1,998.90** |

Remit To:  **Thompson Court Reporters, Inc.**
**1017 W. Washington Blvd.**
**Suite 2F**
**Chicago IL  60607**

| | | |
|---|---|---|
| Job No. | : | 9616 |
| BU ID | : | Chicago |
| Case No. | : | 14 C 6553 |
| Case Name | : | EEOC v. Costco |



Liza H. Gold, MD

For Professional Services of:
Liza H. Gold MD
License #

Please make checks payable to:   Liza H. Gold, MD

*Julianne Bowman EEOC
C/O Joyce Barksdale
Joyce.Barksdale@Eeoc.Gov
EECFPCHI16103221

Date: 08/18/16

Billing period: 8/1/16 to 8/18/16

| DSM IV: | | | Previous Balance: | | $0.00 |
| Date | CPT | Description | Fee | Payment | Balance |
| 8/17/16 | 213 | Depostition Testimony 7 hrs. | $4,200.00 | | $4,200.00 |

## INVOICE
## Reference # EECFPCHI16103221

| | New Balance | $4,200.00 |

Re: EEOC v Costco EECFPCHI16103221

Over 90 Days     ......$0.00   61-90 Days     ......$0.00     31-60 Days     ......$0.00   0-30 Days ......$4,200.00



## BlueStar
Case Solutions, Inc.

# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| Laura Feldman | 12/2/2016 | 76384 |

Bill To

IBC Vendor Payments
Attention: EEOC Invoice Processing Team
7301 W. Mansfield Avenue
Mail Stop D 2770
Denver CO 80235

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due** $348.60

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| EECFPCHI16103457 | EEOC v. Costco | Net 10 | 12/12/2016 | WMG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| 1" Three Ring Binder - Print request (11/22/2016) | 1 | 5.00 | 11/22/2016 | 5.00 |
| 2" Three Ring Binder - Print request (11/22/2016) | 1 | 8.00 | 11/22/2016 | 8.00 |
| Blowbacks (B&W) - 8½ x11- Print request (11/22/2016) | 536 | 0.10 | 11/22/2016 | 53.60 |
| Regular Tabs - Print request (11/22/2016) | 68 | 0.25 | 11/22/2016 | 17.00 |
| Regular Tabs - Additional Print request (11/29/2016) | 198 | 0.25 | 11/29/2016 | 49.50 |
| 1.5" Three Ring Binder - Additional Print request (11/29/2016) | 5 | 6.00 | 11/29/2016 | 30.00 |
| Blowbacks (B&W) - 8½ x11- Additional Print request (11/29/2016) | 1,855 | 0.10 | 11/29/2016 | 185.50 |
| 00001183 | | | | |

| Customer Signature: | | |
|---|---|---|
| | Total | $348.60 |
| | Payments/Credits | $0.00 |
| | Balance Due | $348.60 |

For questions about your bill please call 312.939.3000. Our Federal
Tax ID number is 56-2355533



# BlueStar
## Case Solutions, Inc.

# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| LaTricia Phillips | 8/12/2016 | 75818 |

Bill To

IBC Vendor Payments
Attention: EEOC Invoice Processing Team
7301 W. Mansfield Avenue
Mail Stop D 2770
Denver CO 80235

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

| Balance Due | $120.70 |
|---|---|

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| EECFPCHI16103457 | EEOC v. Costco | Net 10 | 8/22/2016 | WMG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Media Deliverable: Hightail/BlueStar FTP | 1 | 15.00 | 8/10/2016 | 15.00 |
| OCR | 302 | 0.02 | 8/10/2016 | 6.04 |
| B&W Scan - Glasswork | 302 | 0.25 | 8/10/2016 | 75.50 |
| Blowbacks (B&W) - 8½ x11 | 302 | 0.08 | 8/10/2016 | 24.16 |
| 00000803 | | | | |

Customer Signature:

| | |
|---|---|
| Total | $120.70 |
| Payments/Credits | $0.00 |
| Balance Due | $120.70 |

For questions about your bill please call 312.939.3000. Our Federal
Tax ID number is 56-2355533



# BlueStar
## Case Solutions, Inc.

# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| Laura Feldman | 10/27/2016 | 76196 |

Bill To

IBC Vendor Payments
Attention: EEOC Invoice Processing Team
7301 W. Mansfield Avenue
Mail Stop D 2770
Denver CO 80235

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due** | **$757.20**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

## BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| EECFPCHI16103457 | EEOC v. Costco | Net 10 | 11/6/2016 | WMG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Blowbacks (B&W) - 8½ x11 | 2,824 | 0.10 | 10/26/2016 | 282.40 |
| Regular Tabs | 344 | 0.25 | 10/26/2016 | 86.00 |
| 3" Three Ring Binder | 8 | 10.00 | 10/26/2016 | 80.00 |
| 1" Three Ring Binder | 7 | 5.00 | 10/26/2016 | 35.00 |
| Blowbacks (B&W) - 8½ x11: Additional Print Request | 588 | 0.10 | 10/26/2016 | 58.80 |
| Technical Time: Creating Plaintiff's exhibits slipsheets, covers & spine, assemble and inserted to three ring binder. | 2 | 75.00 | 10/26/2016 | 150.00 |
| Media Deliverable: Hightail/BlueStar FTP | 1 | 15.00 | 10/26/2016 | 15.00 |
| Delivery to Judge Castillo, 219 S. Dearborn and Erin Foley, Seyfarth Shaw | 2 | 25.00 | 10/26/2016 | 50.00 |
| 00001060 | | | | |

Customer Signature:

| | |
|---|---|
| Total | $757.20 |
| Payments/Credits | $0.00 |
| Balance Due | $757.20 |

For questions about your bill please call 312.939.3000.  Our Federal Tax ID number is 56-2355533



# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Attention | Date | Invoice # |
|---|---|---|
| Laura Feldman | 1/13/2017 | 76543 |

Bill To

IBC Vendor Payments
Attention: EEOC Invoice Processing Team
7301 W. Mansfield Avenue
Mail Stop D 2770
Denver CO 80235

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

| **Balance Due** | **$554.90** |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

## BlueStar Case Solutions, Inc.

| P.O. No. | Client Matter | Terms | Due Date | Rep |
|---|---|---|---|---|
| | See Below | Net 10 | 1/23/2017 | WMG |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Client Matter: EEOC v. Costco / PO # EECFPCHI16103457 | | | | |
| | | | | |
| 1" Three Ring Binder- Print Request (12/8/16) | 1 | 5.00 | 12/9/2016 | 5.00 |
| 1.5" Three Ring Binder- Print Request (12/8/16) | 1 | 6.00 | 12/9/2016 | 6.00 |
| 1.5" Three Ring Binder- Additional Print Request (12/9/16) | 2 | 6.00 | 12/9/2016 | 12.00 |
| 1.5" Three Ring Binder- Additional Print Request (12/16/16) | 10 | 6.00 | 12/19/2016 | 60.00 |
| Blowbacks (B&W) - 8½ x11- Print Request (12/8/16) | 412 | 0.10 | 12/9/2016 | 41.20 |
| Blowbacks (B&W) - 8½ x11- Additional Print Request (12/9/16) | 412 | 0.10 | 12/9/2016 | 41.20 |
| Blowbacks (B&W) - 8½ x11- Additional Print Request (12/16/16) | 2,430 | 0.10 | 12/19/2016 | 243.00 |
| Regular Tabs- Print Request (12/8/16) | 350 | 0.25 | 12/19/2016 | 87.50 |
| Regular Tabs- Additional Print Request (12/9/16) | 68 | 0.25 | 12/9/2016 | 17.00 |
| Regular Tabs- Additional Print Request (12/16/16) | 68 | 0.25 | 12/19/2016 | 17.00 |
| Delivery Fee- 10 copies to Judge Castillo | 1 | 25.00 | 12/19/2016 | 25.00 |
| | | | | |
| 00001250 | | | | |

| Customer Signature: | | Total | $554.90 |
|---|---|---|---|
| | | Payments/Credits | $0.00 |
| | | Balance Due | **$554.90** |

For questions about your bill please call 312.939.3000.  Our Federal
Tax ID number is 56-2355533

Standard Form 1157 (Rev. 4-80)
Department of the Treasury
I TFRM 4-2000
1157-107

Previous editions obsolete
NSN 7540-00-634-4347

**CLAIMS FOR WITNESS ATTENDANCE FEES, TRAVEL, AND MISCELLANEOUS EXPENSES**

## PART I – ATTENDANCE CERTIFICATION

**1. General Information**
a. Witness Name  MARTIN SILVER
b. Witness Address
   Street
   City
c. US Citizen Yes [ ] No [ ]  Alien Legal [ ] Illegal [ ]

d. Case Name  EEOC v. Costco
   Case Number  14 CV 06553
   District or Location  Chicago

**2. Travel and Attendance Information**
a. Dates of Travel from Residence to Case Location:  From 12/11/16  To 12/11/16
b. Dates of Travel from Case Location to Residence:  From 12/16/16  To 12/16/16
c. Dates of Attendance:  From 12/15/16  To 12/15/16

**Certification**

**3.** I certify that the witness named above attended in the case or matter indicated and is entitled to the statutory allowances for attendance and travel. In the proceedings before the United States Magistrate where more than four witnesses were called, the Magistrate also certifies that the approval and certificate of the U.S. Attorney were first obtained.

_(Signature)_  Tracy Attemey (Title)  _(Date)_

## PART II – WITNESS CLAIM FOR FEES AND ALLOWANCES

| | Rate | No. of Days | Amount Claimed | Totals |
|---|---|---|---|---|
| **1. Attendance Fees** | | | | |
| a. Fact, Pretrial Conference & Detained Witness | | | $ | —0— |
| **Total Attendance Fees** | | | | $ |
| **2. Mileage Allowance** (indicate type of privately owned vehicle: (auto) (motorcycle) (airplane) | Rate | No. of Miles | Amount Claimed | |
| a. From Residence to Case Location (and Return) | | | $ | —0— |
| b. From Hotel/Motel to Court (or Court to Hotel/Motel) | | | | |
| **Total Mileage Allowance** | | | | $ |

| | Per Diem Rate: | or HRGA Rate: | Rate | No. of Days | Amount Claimed | |
|---|---|---|---|---|---|---|
| **3. Subsistence** | | | 74 | 6 | $ 407.00 | |
| a. Meals | | | | | | |
| b. Lodging | | | | | | $ 407.00 |
| **Total Subsistence Allowance** | | | | | | |

| | | Amount Claimed | |
|---|---|---|---|
| **4. Miscellaneous Allowances** (See Item 8 Below) | | | |
| a. Common Carrier | | $ | |
| b. Parking Fees, Tolls, Taxi Fares | | 206.38 | $ 206.38 |
| **Total Miscellaneous Allowances** | | | |
| **5. Total Amount Claimed** (Items 1-4, Part II) | | | |
| **6. Less Outstanding Check or Cash Advances** | | TOTAL | $ 613.38 |
| **7. Net Amount Claimed by Witness** | | Paid by Check No. | |

**8.** Use this space to itemize your expenses from item 4, Part II above. Receipts are required for all common carrier and parking fees, and for all single items in excess of $15.00.

| Paid by Cash | $ |
|---|---|
| _(Signature of Payee)_ | |
| _(Date)_ | |

**Witness Certification**

**9.** I certify that the above data is correct and that payment has not been received, and that at the time of travel and attendance I (was) (was not) a U.S. Government employee and I (was) (was not) a citizen of the United States. (If not a citizen, present your Alien Registration Record with this form.) I (did) (did not) receive a Government transportation Request to pay for my official travel.

_(Signature)_  X  12/30/2016  _(Date)_

## PART III – RESERVED FOR FINANCE OFFICE

**1. Computation**
a. Net Amount Claimed by Witness (From Item 7, Part II)  $
b. Adjustments Due to Any Differences (Explain Differences)

c. Amount Authorized for Payment  $
d. By _____ Title _____ Date _____

**2. Accounting Classification Data**



| **Trip on Dec 11, 2016** | Locator: **OEFQMV** | Date: **Dec 08, 2016** |
|---|---|---|

| Traveler | **MARTIN SUPPO** |
|---|---|
| | EEOC |
| | THIS IS YOUR OFFICIAL RECEIPT FOR TRAVEL PLEASE RETAIN FOR VOUCHERING OR REIMBURSEMENT PURPOSES. |
| Customer Number | **361MX3M** |
| Agent | EA |

```
*******************************
TA RCVD FR JOYCE BARKSDALE-BY R. PICASSO
*******************************
```
FEES TOTALING 33.07PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD33.07PP-AIR DOMESTIC, TRADITIONAL

---

### Sunday, December 11, 2016

Confirmation **OEFQMV**

 **Flight AMERICAN AIRLINES 374**

| DEPARTURE | ARRIVAL |
|---|---|
| **FT LAUDERDALE, FL** | **CHICAGO/OHARE** |
| **9:50 AM, Dec 11, 2016** | **12:07 PM, Dec 11, 2016** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - Y |
| Duration | 03:17 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Frequent Flyer | AARJ70692 |
| Notes | DEP-TERMINAL 3 |
| | ARR-TERMINAL 3 |
| | ONEWORLD |

---

### Wednesday, December 21, 2016

Confirmation **OEFQMV**

 **Flight AMERICAN AIRLINES 1234**

| DEPARTURE | ARRIVAL |
|---|---|
| **CHICAGO/OHARE** | **FT LAUDERDALE, FL** |
| **6:30 PM, Dec 21, 2016** | **10:36 PM, Dec 21, 2016** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - Y |
| Duration | 03:06 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 17C (Aisle) |
| Frequent Flyer | AARJ70692 |
| Notes | DEP-TERMINAL 3 |
| | ARR-TERMINAL 3 |
| | ONEWORLD |

---

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| SUPPO M | 243292/000SFCTRF/08DEC16 | 33.07 | | | | 33.07 |
| SUPPO MARTIN | 243292/0017929601517/08DEC16 | USD 532.10 | 39.90US | 8.00ZP | 20.20XT | 600.20 |
| | | | | | **Total Amount** | **633.27** |

Form of Payment: VIXXXXXXXXXXXX3675

Carlson Wagonlit Travel · SatoTravel.



## Your Itinerary

---

**Trip on Dec 16, 2016**   Locator: **OEFQMV**   Date: **Dec 15, 2016**

| Traveler | **MARTIN SUPPO** |
|---|---|
| | EEOC |
| | THIS IS YOUR OFFICIAL RECEIPT FOR TRAVEL |
| | PLEASE RETAIN FOR VOUCHERING OR |
| | REIMBURSEMENT PURPOSES. |
| Customer Number | 361MX3M |
| Agent | EA |

---

```
*********************************
TA RCVD FR JOYCE BARKSDALE-BY R  PICASSO
*********************************
FEES TOTALING 33.07PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD33.07PP-AIR AGENT INITIATED DOMESTIC
***********EXCHANGE TICKET INFORMATION*****************
EXCHANGED TKT 0017929601517 OLD TKT VALUE  600.20
NEW TICKET 0017931036267  TOTAL VALUE  600.20
AIRLINE PENALTY/REISSUE FEE...................0.00
LOST RESIDUAL.................................0.00
ADDITIONAL AMOUNT CHARGED.....................0.00
REFUND BACK TO ORIGINAL FOP...................-0.00
RESIDUAL NONREFUNDABLE MCO....................0.00
********************************************************
```

---

**Friday, December 16, 2016**                  Confirmation **OEFQMV**

### ✈ Flight AMERICAN AIRLINES 1433

| DEPARTURE | ARRIVAL |
|---|---|
| **CHICAGO/OHARE** | **FT LAUDERDALE, FL** |
| **11:50 AM, Dec 16, 2016** | **3:52 PM, Dec 16, 2016** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 03:02 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 7F (Window) |
| Frequent Flyer | AARJ70692 |
| Notes | DEP-TERMINAL 3 |
| | ARR-TERMINAL 3 |
| | ONEWORLD |

---

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| SUPPO MARTIN | 245196/0017931036267/15DEC16 | | | | | 0.00 |
| SUPPO M | 245196/000SFCTRF/15DEC16 | 33.07 | | | | 33.07 |
| | | | | **Total Amount** | | **33.07** |

Form of Payment: VIXXXXXXXXXXXX3675

---

**GENERAL INFORMATION**
THANK YOU FOR BOOKING WITH CWTSATOTRAVEL
PLEASE NOTE OUR PHONE NUMBERS FOR YOUR ACCOUNT
CWTSATOTRAVEL PHONE RESERVATION 866-654-5522
HOURS OF BUSINESS ARE MON-FRI 7AM-10PM EASTERN
FOR AN AFTER HOURS EMERGENCY, PLEASE CONTACT
CWTSATOTRAVEL AT 866-654-5522
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***

GLOBE TAXI

*EBOC TO Hapz*

CREDIT RECEIPT
DRIVER: 00102050
CAB #:   6802
DATE  : 12/11/16
TIME:16:43-16:49
RATE #:     1
STANDARD RATE
MILES R1:   1.00
TRIP# :    2527
FARE  :    $6.25
EXTRAS:    $1.00
TECH.FEE: $0.50
TIPS  :    $4.00
TOTAL :   $11.75
VISA   ***6689
AUTHOR.: 03425I
MID:
00720000261084
ENTRY METHOD:
CONTACT CHIP
AID:
A0000000031010
APPL. NAME:
CHASE VISA
ATC   :    000C
AC:
3DBE9FCABECEF3D0
REC/INV#:   2527
TID:  327515647

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS.

---

*TA EEQC*

--ORIGINAL--
YELLOW CAB
CAB # 1601
CUSTOMER COPY
12/11/16 TR 1918
START  END MILES
13:12 13:16  0.0
FARE:   $   5.00
EXTRA:  $   1.00
TOLL:   $   0.00
SRCH:   $   0.00
TIP:    $   4.00
FEE:    $   0.50
TOTAL:  $  10.50

CARD:      6689
AUTH:    01398I

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS

--ORIGINAL--

---

TID:  P2609_.
DR. ID: 10087233
CAB#:     2671
DATE: 12/11/2016
ST. TIME: 12:28
END TIME: 12:51
PASS#:       4
TRIP#:     361
DIST.:  16.80 MI
RATE 1
FARE:    $ 41.00
EXTRA:   $  4.00
TIP:     $  8.00
SUBTOTAL:
         $ 53.00
TECH.FEE:$  0.50
TOTAL:   $ 53.50
CARD#: ****6689
AUTH#:   03354I
ENTRY METHOD:
CONTACT CHIP
AID:
A0000000031010
APPL. NAME:
CHASE VISA
ATC:       000B
AC:
F3451B6D940 C351

CARDHOLDER
ACKNOWLEDGES
RECEIPT OF FUNDS
IN THE AMOUNT OF
THE TOTAL
INDICATED AND
AGREES TO
PERFORM THE
OBLIGATIONS
NOTED IN THE
CARDHOLDER'S
AGREEMENT WITH
THE ISSUER

CALL 311
FOR COMPLIMENTS
OR COMPLAINTS

To Court

CITY SERVICE TX.
-CREDIT RECEIPT-
PASSENGER COPY
HACK#: 00079062
CAB#: 1081
DATE: 12/13/2016
ST.TIME: 11:54
END TIME: 12:02
TRIP#: 17610
DIST : 1.20 MI
FARE : $ 6.75
EXTRA : $ 0.00
TECH FEE:$ 0.50
TIP : $ 3.00
GR.TOT: $ 10.25
VISA ****6689
AUTH#: 092591
. CALL 311 .
FOR COMPLIMENTS
OR COMPLAINTS

Court
To 1/2/22
--ORIGINAL--

--ORIGINAL--
Blue Ribbon Taxi
Cab # 6103
CUSTOMER COPY
12/13/16 TR 2782
START END MILES
17:05 17:18 0.1
Fare: $ 8.50
Extra: $ 1.00
Toll: $ 0.00
Srch: $ 0.00
Tip: $ 4.00
Fee: $ 0.50
TOTAL: $ 14.00

Card: 6689
AUTH: 053431

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS

Court To 1/2/22
--ORIGINAL--
BLUE RIBBON TAXI
CAB # 2440
CUSTOMER COPY
12/14/16 TR 1346
START END MILES
17:11 17:27 0.0
--ORIGINAL--
BLUE RIBBON TAXI
CAB # 2440
CUSTOMER COPY
12/14/16 TR 1346
START END MILES
17:11 17:27 0.0
FARE: $ 10.25
EXTRA: $ 1.00
TOLL: $ 0.00
SRCH: $ 0.00
TIP: $ 3.00
FEE: $ 0.50
TOTAL: $. 14.75

CARD: 6689
AUTH: 047091

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS

--ORIGINAL--

GLOBE TAXI
To Court
CREDIT RECEIPT
DRIVER: 00101364
CAB #: 5371
DATE : 12/14/16
TIME:11:52-11:59
RATE #: 1
STANDARD RATE
MILES R1: 1.20
TRIP# : 860
FARE : $7.00
TECH.FEE: $0.50
TIPS : $3.00
TOTAL : $10.50
VISA ***6689
AUTHOR.: 010391
MID :******084
ENTRY METHOD:
CONTACT CHIP
AID:
A0000000031010
APPL. NAME:
CHASE VISA
ATC : 0010
AC:
8365487A82794D80
REC/INV#: 860
TID: ******703

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS.

*Airport*

```
        ROYAL 3 CCC
       312-791-1272
****CREDIT CARD SALE****
ENTRY METHOD:
CONTACT CHIP
AID:    A0000000031010
Application ID:
CHASE VISA
ATC:               0013
AC:    274413E70D56210C

TERMINAL   00L260675045
DRIVER            65609
CAB                4246
PASSENGERS            1
DATE    12/16/16 09:36
START          09:09:06
END            09:30:07
TRIP                356
STANDARD RATE 1
DISTANCE       17.69 mi
FARE R1          $43.00
EXTRA             $0.00
TOLL              $0.00
SUB TOTAL        $43.00
TIP              $10.88
TECHNOLOGY FEE:   $0.50
TOTAL            $54.38
SALE    ***********6689
AUTH             090481
SIGN X: _____
--------

CARDHOLDER ACKNOWLEDGES
RECEIPT OF FUNDS IN THE
AMOUNT OF THE TOTAL INDI
CATED AND AGREES TO PERF
ORM THE OBLIGATIONS NOTE
D IN THE CARDHOLDERS AGR
EEMENT WITH THE ISSUER

******DRIVER COPY*******
       CALL 311
    FOR COMPLIMENTS
    OR COMPLAINTS.
```

*Court To Hotel*

```
   CHICAGO CARRIAGE CAB
       312-326-2221
****CREDIT CARD SALE****
ENTRY METHOD:
CONTACT CHIP
AID:    A0000000031010
Application ID:
CHASE VISA
ATC:               0012
AC:    7549046B2411842A

TERMINAL   00L260390324
DRIVER            54550
CAB                6886
PASSENGERS            1
DATE    12/15/2016 11:03
START          10:46:41
END            10:59:23
TRIP                508
STANDARD RATE 1
DISTANCE        1.24 mi
FARE R1           $8.00
EXTRA             $1.00
TOLL              $0.00
SUB TOTAL         $9.00
TIP               $4.00
TECHNOLOGY FEE:   $0.50
TOTAL            $13.50
SALE    ***********6689
AUTH             004671
******DRIVER COPY*******
       CALL 311
    FOR COMPLIMENTS
    OR COMPLAINTS.
```

*Hotel To Court*

```
     --ORIGINAL--
      CHOICE TAXI
    CAB # 0290
     CUSTOMER COPY
  12/15/16 TR 5484
   START  END MILES
   08:36 08:47 1.2
  FARE:  $   7.75
  EXTRA: $   1.00
  TOLL:  $   0.00
  SRCH:  $   0.00
  TIP:   $   4.00
  FEE:   $   0.50
  TOTAL: $  13.25

  CARD:      6689
  AUTH:    026061

  CALL 311 FOR
  COMPLIMENTS OR
  COMPLAINTS
```



# CROWNE PLAZA®
## CHICAGO METRO DOWNTOWN

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 12-16-16 |

**Martin Suppo**
500 W Madison St Ste 2000
Chicago IL 60661-2592
United States

| Folio No. | : | | Cashier No. : **105** | Room No. : | **1522** |
|---|---|---|---|---|---|
| A/R Number | : | | | Arrival : | **12-11-16** |
| Group Code | : | | | Departure : | **12-16-16** |
| Company | : | | | Conf. No. : | **66065285** |
| Membership No. | : | **PC** 685025903 | | Rate Code : | **IYOTH** |
| Invoice No. | : | | | Page No. : | **1 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-11-16 | *Accommodation | | |
| 12-11-16 | State Tax | 117.00 | |
| 12-11-16 | City Tax | 13.92 | |
| 2-11-16 | County Tax | 5.27 | |
| 2-12-16 | Visa          XXXXXXXXXXXX2233 | 1.17 | |
| 2-12-16 | *Accommodation | | 137.36 |
| 2-12-16 | State Tax | 135.00 | |
| 2-12-16 | City Tax | 16.07 | |
| -12-16 | County Tax | 6.08 | |
| -13-16 | Visa          XXXXXXXXXXXX2233 | 1.35 | |
| -13-16 | *Accommodation | | 158.50 |
| 13-16 | State Tax | 135.00 | |
| 13-16 | City Tax | 16.07 | |
| 13-16 | County Tax | 6.08 | |
| 14-16 | *Accommodation | 1.35 | |
| 4-16 | State Tax | 135.00 | |
| 4-16 | City Tax | 16.07 | |
| 4-16 | County Tax | 6.08 | |
| 5-16 | *Accommodation | 1.35 | |
| 5-16 | State Tax | 117.00 | |
| -16 | City Tax | 13.92 | |
| -16 | County Tax | 5.27 | |
| -16 | Visa          XXXXXXXXXXXX2233 | 1.17 | |
| | | 454.36 | |



# CROWNE PLAZA®
## CHICAGO METRO DOWNTOWN

**Joyce Barksdale**
**500 W Madison St Ste 2000**
**Chicago IL 60661-2592**
**United States**

| | | |
|---|---|---|
| Folio No. : **603620** | Cashier No. : **75** | Room No. : **1523** |
| A/R Number : | | Arrival : **12-09-16** |
| Group Code : | | Departure : **12-22-16** |
| Company : | | Conf. No. : **62235735** |
| Membership No. : **PC  682512067** | | Rate Code : **IYOTH** |
| Invoice No. : | | Page No. : **1 of 3** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-09-16 | *Accommodation | 126.00 | |
| 12-09-16 | State Tax | 14.99 | |
| 12-09-16 | City  Tax | 5.67 | |
| 12-09-16 | County Tax | 1.26 | |
| 12-10-16 | *Accommodation | 126.00 | |
| 12-10-16 | State Tax | 14.99 | |
| 12-10-16 | City  Tax | 5.67 | |
| 12-10-16 | County Tax | 1.26 | |
| 12-11-16 | *Accommodation | 117.00 | |
| 12-11-16 | State Tax | 13.92 | |
| 12-11-16 | City  Tax | 5.27 | |
| 12-11-16 | County Tax | 1.17 | |
| 12-12-16 | *Accommodation | 135.00 | |
| 12-12-16 | State Tax | 16.07 | |
| 12-12-16 | City  Tax | 6.08 | |
| 12-12-16 | County Tax | 1.35 | |
| 12-13-16 | *Accommodation | 135.00 | |
| 12-13-16 | State Tax | 16.07 | |
| 12-13-16 | City  Tax | 6.08 | |
| 12-13-16 | County Tax | 1.35 | |
| 12-14-16 | *Accommodation | 135.00 | |
| 12-14-16 | State Tax | 16.07 | |
| 12-14-16 | City  Tax | 6.08 | |
| 12-14-16 | County Tax | 1.35 | |
| 12-15-16 | *Accommodation | 117.00 | |



# CROWNE PLAZA®
## CHICAGO METRO DOWNTOWN

| | | | |
|---|---|---|---|
| **Joyce Barksdale**<br>500 W Madison St Ste 2000<br>Chicago IL 60661-2592<br>United States | Folio No. : **603620**    Cashier No. : **75**<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. : **PC**   **682512067**<br>Invoice No. : | Room No. : **1523**<br>Arrival : **12-09-16**<br>Departure : **12-22-16**<br>Conf. No. : **62235735**<br>Rate Code : **IYOTH**<br>Page No. : **2 of 3** | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-15-16 | State Tax | 13.92 | |
| 12-15-16 | City  Tax | 5.27 | |
| 12-15-16 | County Tax | 1.17 | |
| 12-16-16 | *Accommodation | 117.00 | |
| 12-16-16 | State Tax | 13.92 | |
| 12-16-16 | City  Tax | 5.27 | |
| 12-16-16 | County Tax | 1.17 | |
| 12-17-16 | *Accommodation | 117.00 | |
| 12-17-16 | State Tax | 13.92 | |
| 12-17-16 | City  Tax | 5.27 | |
| 12-17-16 | County Tax | 1.17 | |
| 12-18-16 | *Accommodation | 117.00 | |
| 12-18-16 | State Tax | 13.92 | |
| 12-18-16 | City  Tax | 5.27 | |
| 12-18-16 | County Tax | 1.17 | |
| 12-19-16 | Visa     XXXXXXXXXXXX2233 | | 1,458.14 |
| 12-19-16 | *Accommodation | 117.00 | |
| 12-19-16 | State Tax | 13.92 | |
| 12-19-16 | City  Tax | 5.27 | |
| 12-19-16 | County Tax | 1.17 | |
| 12-20-16 | *Accommodation | 117.00 | |
| 12-20-16 | State Tax | 13.92 | |
| 12-20-16 | City  Tax | 5.27 | |
| 12-20-16 | County Tax | 1.17 | |
| 12-21-16 | Visa     XXXXXXXXXXXX2233 | | 274.72 |



# CROWNE PLAZA®
## CHICAGO METRO DOWNTOWN

| | | |
|---|---|---|
| **Joyce Barksdale**<br>**500 W Madison St Ste 2000**<br>**Chicago IL 60661-2592**<br>**United States** | Folio No. : **603620**  Cashier No. : **75**<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. : **PC    682512067**<br>Invoice No. : | Room No. : **1523**<br>Arrival : **12-09-16**<br>Departure : **12-22-16**<br>Conf. No. : **62235735**<br>Rate Code : **IYOTH**<br>Page No. : **3 of 3** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-21-16 | *Accommodation | | 117.00 | |
| 12-21-16 | State Tax | | 13.92 | |
| 12-21-16 | City  Tax | | 5.27 | |
| 12-21-16 | County Tax | | 1.17 | |
| 12-22-16 | Visa | XXXXXXXXXXX2233 | | 137.36 |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| | Total | 1,870.22 | 1,870.22 |
|---|---|---|---|
| | **Balance** | **0.00** | |

Crowne Plaza Chicago Metro Downtown
733 West Madison Street
Chicago, Illinois 60661
Tel:(312)829-5000 Fax:(312)602-2199